E-FILED  2020 N●V 02 5:42 PM J●HNS●N - CLERK ●F DISTRICT C●URT

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| WILDHAWK INVESTMENTS, LLC, | Case No. _____ |
|     Plaintiff, | |
| v. | |
| BRAVA I.P., LLC; BILLIBOB BOOR, an individual; GERALD EDSON, an individual; PARAGON ROOF SYSTEMS, LLC; and DONNA MURPHY, an individual. | **ORIGINAL NOTICE** |
|     Defendants. | |

**TO THE ABOVE-NAMED DEFENDANT:**

You are notified that a Petition has been electronically filed in the office of the Clerk of this Court using the Iowa Judicial Branch Electronic Document Management System (EDMS), naming you as a Defendant in this action. A copy of the Petition is attached to this notice. The attorneys for the Plaintiff are Jeffrey D. Harty, David T. Bower, and Spencer S. Cady whose address is Nyemaster Goode, P.C., 700 Walnut Street, Suite 1600, Des Moines, Iowa 50309. The attorneys' phone number is (515) 283-3100; facsimile number (515) 283-3108.

You must electronically file a motion or answer within 20 days after service of this original notice upon you using EDMS at https://www.iowacourts.state.ia.us/EFile, unless you obtain from the court an exemption from electronic filing requirements. If you do not, judgment by default may be rendered against you for the relief demanded in the Petition. Please refer to the Chapter 16 Rules pertaining to the use of EDMS, including Division VI concerning protection of personal information.

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at 319-398-3920 Ext. 1105 (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942). Disability coordinators cannot provide legal advice.

                    Clerk of the Johnson County District Court
                    Johnson County Courthouse
                    Iowa City, Iowa

**IMPORTANT:   YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS.**

E-FILED  2020 NOV 03 2:36 PM JOHNSON - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.*  LACV082105

*County*  Johnson

*Case Title*  WILDHAWK INVESTMENTS LLC VS BRAVA I.P. LLC ET AL

**THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.**
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

**FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:**
http://www.iowacourts.state.ia.us/Efile

**FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16:** http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at **(319) 398-3920**   .  (If you are hearing impaired, call Relay Iowa TTY at **1-800-735-2942**.)

*Date Issued*  11/03/2020 02:36:37 PM



*District Clerk of*  Johnson          *County*

/s/ Alison Meade

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| WILDHAWK INVESTMENTS, LLC,<br><br>         Plaintiff,<br><br>vs.<br><br>BRAVA I.P., LLC; BILLIBOB BOOR, an individual; GERALD EDSON, an individual; PARAGON ROOF SYSTEMS, LLC; and DONNA MURPHY, an individual.<br><br>         Defendants. | Case No. _____<br><br><br>**PETITION AT LAW<br>AND JURY DEMAND** |

COMES NOW Plaintiff Wildhawk Investments, LLC, and hereby states as follows in support of its Petition at Law and Jury Demand against the above-named Defendants:

### PARTIES, JURISDICTION, AND VENUE

1.       Plaintiff Wildhawk Investments, LLC ("Wildhawk") is an Iowa limited liability corporation with its principal place of business in Washington, Iowa.

2.       Defendant Brava I.P., LLC ("Brava IP") is a Florida limited liability company with its principal place of business in Neenah, Wisconsin.

3.       Defendant Billibob Boor ("Boor") is an individual who, based upon information and belief, principally resides in Sherwood, Wisconsin.

4.       Defendant Gerald Edson ("Edson") is an individual who, based upon information and belief, principally resides in Terre Haute, Indiana.

5.       Defendants Boor and Edson are members and managers of Brava IP.

6.       Defendant Paragon Roof Systems, LLC ("Paragon") is a Texas limited liability company with its principal place of business in Granbury, Texas.

7.       Defendant Boor is a member and manager of Paragon.

8.    Defendant Donna Murphy is an individual who, based upon information and belief, principally resides in Neenah, Wisconsin.  Defendant Murphy is a former employee of Plaintiff Wildhawk.

9.    Subject-matter jurisdiction in the district court is proper pursuant to Iowa Code section 602.6101.

10.    The Court has personal jurisdiction over Brava IP, Boor, and Edson as they ███████████████████████████████████████████.  The Court has personal jurisdiction over Paragon Roof Systems because it committed, conspired to commit, and or aided and abetted, acts within Iowa and this judicial district that gave rise to this action, including but not limited to acts through its owner, operator, and agent, Boor.  The Court has personal jurisdiction over Murphy because she was employed by Wildhawk in Iowa and committed, conspired to commit, and or aided and abetted, acts within Iowa and this judicial district, and acts intended to injure or damage Wildhawk in Iowa, that gave rise to this action.

11.    Venue is proper in the Iowa District Court for Johnson County pursuant to Iowa Code section 616.17 as all of the defendants are non-residents and thus may be sued in any county in which they may be found.

12.    Jurisdiction and venue in the Iowa District Court for Johnson County is also proper pursuant to ███████████████████████████████████████████ ███████████████████████████████████████████ ████████████████████████████████.

13.    The amount in controversy exceeds the jurisdictional amount.

2

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

## FACTUAL ALLEGATIONS

### The Asset Purchase Agreement

14.     On or around November 25, 2015, Defendant Boor and others entered into an Asset Purchase Agreement with Plaintiff Wildhawk.  Defendant Boor and other sellers were in the business of manufacturing and selling composite roofing tiles and related accessories.  In exchange for payment of $2,550,000.00, Wildhawk purchased substantially all of the assets of Defendant Boor and the other sellers' business.  As part of the Asset Purchase Agreement, ████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████.

████████████████████.

15.     ████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████.

16.     ████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████.

17.     ████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████

3

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

18. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

19. ███████████████████████████████████████

███████████████████████████████████████

20. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████

21. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

22. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

23. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████

24. ███████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████

███████████████

4



E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT



25.

26.

27.

28.

29.

**Brava Roof Tile**

30.     The _____ purchased by Wildhawk are essential to Wildhawk's business in manufacturing and selling composite roofing tile products under the brand "Brava Roof Tile."

5

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

31.     Wildhawk manufactures Brava Roof Tile composite roofing products at its manufacturing facility in Washington, Iowa.

32.     Wildhawk takes reasonable efforts to maintain the confidentiality of the Know-How, Intellectual Property, and Improvements – only disclosing such information to its employees and requiring any non-employees to sign a non-disclosure and confidentiality agreement before visiting the Washington facility.

33.     Wildhawk sells and ships its Brava Roof Tile composite roofing products to customers across the United States and other countries.

34.     Brava Roof Tile's product line includes Brava Spanish Barrel fka Brava Old World Spanish, Brava Cedar Shake fka Brava Shake, and Brava Old World Slate, as expressly included in the ████████████.

35.     Wildhawk utilizes its ████████████ to offer its roofing products in a nearly endless variety of unique colors and patterns, which is one factor that separates Brava Roof Tile from other competitors in the market.

36.     From 2016 to on or about June 2019, Wildhawk retained and compensated Defendant Boor as a consultant to assist in the development, production, and sales of Brava Roof Tile products.

37.     During his tenure as a consultant with Wildhawk, Boor had access to a broad range of Wildhawk's confidential, proprietary, and trade secret information, including, but not limited to, the following:

    a.     Identification of and information regarding Wildhawk's customers and prospective customers;

    b.     Customer purchasing history, including products, volumes, and prices;

6

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

c.  The terms of contracts between Wildhawk and its customers;

d.  Sales and marketing plans;

e.  Information on Wildhawk's new product development; and

f.  Information on Wildhawk's manufacturing and production processes;

38.  Wildhawk's confidential, proprietary, and trade secret information, was developed using significant resources, time, and expense; was accessible only to a limited number of employees on a need-to-know basis; and Wildhawk took and continues to take steps ensure the confidentiality of such information.

39.  Wildhawk trusted that Boor would abide by the terms of the ███████████; ███████████████████████████████████████████████████ and Wildhawk's confidential, proprietary, and trade secret information.

## Paragon Roof Systems

40.  On or around May 2019, while Boor was still retained as a consultant for Wildhawk, Defendant Boor founded and established Paragon Roof Systems, Inc.

41.  Paragon has become a direct competitor of Brava Roof Tile, manufacturing and selling composite roof tiles nationwide in the following molds:  Spanish Tile Roofing, Mission Tile Roofing, Slate Roofing, and Shake Roofing.

42.  Paragon's use, manufacture and sale of composite roofing products, including improvements ███████████████, is in violation of Wildhawk's ███████████ ███████████.

43.  Paragon's composition, molding, coloring, patterns, and images are nearly identical to the composite roof tile products ███████████████████ ███████████.

7

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

44.    To a reasonable prudent consumer inquiring to purchase composite roofing products, one would likely confuse or mistake Paragon products for Brava Roof Tile products, as indicated from the below images from Paragon and Brava Roof Tile's websites.

*Paragon Roof Systems Products*



www.paragonroofsystems.com/ (accessed October 7, 2020).

*Brava Roof Tile Products*



www.bravarooftile.com/ (accessed October 7, 2020).

45.    Paragon goes so far as to advertise its products as an improvement to Brava Roof Tile products, marketing its products as rooted in "historical designs" from Titan Roof System and Brava Roof Tiles.  www.paragonroofsystems.com/blog/who-is-paragon-roof-systems/ (accessed October 7, 2020).

46.    Paragon solicits prospective customers by alleging its "inventors . . . have been at the leading edge of [the composite roofing market] since 1999," and that Paragon is a product of Boor's "20 plus years in the composite roofing industry," and its products use the "same process" that Boor first used to become a "benchmark" in the industry.  www.paragonroofsystems.com; www.paragonroofsystems.com/about/ (accessed October 7, 2020).

8

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

47.     Paragon advertises "custom coloring capabilities," stating it "can develop any custom color you'd like, even color match an existing home or roof." www.paragonroofsystems.com/slate-roofing/ (accessed October 7, 2020).

48.     Paragon describes its "multi-coloring process" as a process invented by Boor, and that "[a]nyone offering this process is either licensing from him or trying to copy his technology." www.paragonroofsystems.com/about/ (accessed October 7, 2020).

49.     Paragon touts that Boor "was the first and only to produce a Class A Spanish Tile without the need for expensive decking materials or systems," "was the first and still only one to create a Class 4 impact rated Spanish Tile," and "was the first and still only one to create a composite barrel tile that has Miami Dade NOA approvals." *Id.*

**Solicitation of Wildhawk Customers and Misappropriation of Wildhawk's Trade Secrets**

50.     After founding Paragon and ending his consultant relationship with Wildhawk, Boor and Paragon conspired with Defendant Donna Murphy to solicit, market, and sell Paragon's products to Wildhawk's customers, and to improperly obtain and use Wildhawk's confidential, proprietary, and trade secret information for Paragon's benefit.

51.     From on or around December 5, 2015 to July 11, 2020, Wildhawk employed Defendant Donna Murphy as a sales representative.

52.     During her tenure as a sales representative with Wildhawk, Murphy had access to a broad range of Wildhawk's confidential, proprietary, and trade secret information, including, but not limited to, the following:

     a.     Identification of and information regarding Wildhawk's customers and prospective customers;

     b.     Customer purchasing history, including products, volumes, and prices;

9

E-FILED 2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

    c.     The terms of contracts between Wildhawk and its customers;

    d.     Sales and marketing plans;

    e.     Information on Wildhawk's new product development; and

    f.     Information on Wildhawk's manufacturing and production processes;

53.    Wildhawk's confidential, proprietary, and trade secret information, was developed using significant resources, time, and expense; was accessible only to a limited number of employees on a need-to-know basis; and Wildhawk took and continues to take reasonable steps to ensure the confidentiality of such information.

54.    On July 9, 2020, Murphy, without notice, handed in her resignation from Wildhawk, effective July 10, 2020.

55.    Prior to Murphy's employment with Wildhawk, Murphy was employed by Boor and/or an entity owned and operated by Boor as a sales representative for the ███████ composite roof tile products, then sold under the brands Titan Roof Systems and Brava Roof Tiles.

56.    In an exit interview, Murphy expressly denied that she planned to work for Boor or any other entity operated by Boor, Edson, or Brava IP. However, Murphy was assisting Boor and his company, Paragon Roofs Systems, while still employed by Wildhawk and has continued to work for Boor and Paragon Roof Systems after resigning from Wildhawk.

57.    For months before Murphy's departure from Wildhawk, she was using her employment at Wildhawk to market and sell Paragon Roof Systems' products to Wildhawk's customers. For example, on or around July 30, 2020, Wildhawk received an email from a customer evidencing that Murphy, Boor, and Paragon were soliciting, marketing, and selling Paragon products to Wildhawk customers during Murphy's employment with Wildhawk. The email contained a purchase order written by Paragon Roof Systems for the purchase of "Titan Old World

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

Spanish," which is a product expressly ███████ on an exclusive basis to Wildhawk under the ██████████████████ and is now sold by Wildhawk as Brava Spanish Barrel Tile.  The quote states it was prepared by Billibob Boor, and is dated August 16, 2019.  **Exhibit 2**.

58.    Murphy's email history reveals multiple instances in which Murphy utilized Wildhawk's customer information to offer Paragon products to Wildhawk customers during the scope of her employment with Wildhawk, often providing customers with false and misleading information, referring to Brava Roof Tile and Paragon as if they were either one in the same or related companies.

59.    For example, in March of 2020 Murphy provided one customer Paragon's information and stated, "the other company that is the parent company of Brava is operating and may be able to produce it faster and for a better price" and "[i]f you want me to have them contact you, I would be happy to do that." **Exhibit 3**.  Murphy updated the customer, stating that a quote will be sent from the owner of Paragon, and that "I know he is working on it." *Id.*  The customer ultimately purchased Spanish Tile Roofing products from Paragon, ████████████████ ██████████████████████████████████████  The sale that Wildhawk lost to Paragon and Boor was for more than $100,000.00.

60.    In another instance, Murphy attempted to direct a Wildhawk customer to Paragon's products and misrepresented that Brava IP owned Wildhawk, stating, "To your idea of purchasing larger volume.  We can talk about that.  I do want to tell you about another company that the parent company of Brava has.  This is the website https://www.paragonroofsystems.com/."  Murphy further stated that "The owners [of Paragon] developed all of Brava's products." **Exhibit 4**.

61.    In addition to conspiring with Murphy to solicit, market, and sell Paragon products to Wildhawk's customers, Paragon, Boor, and Murphy conspired to use Murphy's employment

11

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

relationship with Wildhawk as an opportunity to access Wildhawk's confidential, proprietary and trade secret information for their own competitive advantage.

62.    For example, in April 2020, months before Murphy's departure from Wildhawk, Murphy forwarded internal company emails to her personal email address which contained confidential and proprietary sales information, marketing strategies, manufacturing methods, and product information.

63.    Murphy also reached out to Wildhawk customers to obtain information on Wildhawk's products for the benefit of Boor and Paragon, asking one customer, "I wanted to ask if you mind if Billibob [Boor] came over and took some drone footage of your [Brava Roof Tile] roof?" **Exhibit 5.** The tile is ████████████████████████████████████.

64.    Murphy continues to improperly use confidential and proprietary information and trade secrets she obtained as a sales representative at Wildhawk to provide a competitive advantage for herself, Boor, and Paragon.

████████████████████████████

65.    ████████████████████████████████████████
████████████████████████████████████████
██.

66.    ████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████.

67.    ████████████████████████████████████████
████████████████████████████████████████

12

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

███████████████████████████████████████████████████.

## CAUSES OF ACTION

### Count I –Breach of Contract
*(Against Defendants Brava I.P., LLC, Billibob Boor, and Gerald Edson)*

68.    Wildhawk repleads and incorporates paragraphs 1 through 67 as if fully set forth

herein.

69.    ████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████.

70.    ████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████.

71.    ████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

█████████.

72.    ████████████████████████████████████████

███████████████████████████████████████████████████

█████████████.

73.    ████████████████████████████████████████

███████████████████████████████████████████████████

13

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

██████████████████████████████████.

74.      ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
██.

75.      Brava IP, Boor, and Edson breached and continue to breach ███████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████.

76.      Brava IP, Edson, and/or Boor agreed that neither they, nor their employees,
representatives, and agents would, either directly or indirectly, use, disclose, copy, modify, or
distribute the Know-How, either for their own benefit or the benefit of another, to anyone else (the
"Confidentiality Clause"). *Id.* at § 11.A & B.

77.      Brava IP, Edson, and Boor have breached ████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████.

78.      ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
████████████████.

79.      Paragon's composite roofing products were developed and manufactured in
violation of ███████████████████████████████████████.

14

Ex. A, p. 16

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

80.   Brava IP, Edson, and Boor have breached ██████████████████████
███████████████████████████████████████████████████████
████████████████████████████████████████████████.

81.   Brava IP, Edson, and Boor have breached ██████████████████
███████████████████████████████████████████████████████
████████████████████████████.

82.   Brava IP, Edson, and Boor have further breached ██████████████████
███████████████████████████████████████████████.

83.   At all relevant times, Wildhawk has performed all obligations arising under the contract.

84.   ██████████████████████████████████████████
███████████████████████████████████████████████████████
██████████████████████████████████████.

85.   Brava IP, Edson, and Boor's acts have caused, and will continue to cause, damage to Wildhawk in manufacturing, using, offering to sell and selling composite roofing products in violation of the ████████████████████████████████████████████████
███████████████████████████████████████████████████████
█████████████████████████████, causing immediate, serious, and irreparable injury to Wildhawk for which Wildhawk does not have an adequate remedy at law.

### Count 2 – Violation of Iowa Uniform Trade Secrets Act, Iowa Code § 550.1 *et seq.*
*(Against Defendants Paragon Roof Systems, LLC, Billibob Boor, and Donna Murphy)*

86.   Wildhawk repleads and incorporates paragraphs 1 through 85 as if fully set forth herein.

87.   Wildhawk owns and possesses certain confidential, proprietary, and trade secret

15

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

information, as alleged above, which constitute trade secrets as defined by Iowa's Uniform Trade Secrets Act.   This information includes, but is not limited to, the items detailed in the aforementioned paragraphs.  None of these trade secrets are disclosed publicly or disseminated to anyone without a need to know, and the information has actual or potential independent economic value from not being generally known to the public or other persons who could obtain economic value from their disclosure.

88.     Wildhawk has taken reasonable measures to keep such information secret and confidential.

89.     Defendants knew or should have known under the circumstances that the information misappropriated by Defendants were trade secrets.

90.     Defendants misappropriated trade secrets by, at least, acquiring trade secrets with knowledge or reason to know that the trade secrets were acquired by improper means, and by using and continuing to use the trade secrets acquired by improper means without Wildhawk's knowledge or consent.

91.     As a direct and proximate result of Defendants' conduct, Wildhawk has been injured, and continues to be injured, in an amount in excess of the jurisdictional minimum of this Court and that will be proven at trial.  Wildhawk has also incurred, and will continue to incur, additional damages, costs and expenses, including attorneys' fees, as a result of Defendants' misappropriation.  As a further proximate result of the misappropriation and use of Wildhawk's trade secrets, Defendants have been unjustly enriched.

92.     The aforementioned acts of Defendants were willful and malicious.  Wildhawk is therefore entitled to exemplary damages under Iowa Code section 550.4(2).

93.     Defendants acts have caused, and will continue to cause, damage to Wildhawk in

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

continuing to use Defendant's trade secrets acquired by improper means and in disclosing or threating to disclose such trade secrets, causing immediate, serious, and irreparable injury to Wildhawk for which Wildhawk does not have an adequate remedy at law.

### Count 3 – Breach of Fiduciary Duty
*(Against Defendant Donna Murphy)*

94.      Wildhawk repleads and incorporates paragraphs 1 through 93 as if fully set forth herein.

95.      As a sales representative, Murphy was a key employee and owed certain duties to Wildhawk, including, but not limited to, the fiduciary duties of undivided loyalty, trust, confidence, full disclosure and utmost good faith for all matters connected to her employment with Wildhawk.

96.      Murphy breached her duties to Wildhawk, both during and after her employment ended, by, among other things, misappropriating Wildhawk's proprietary, confidential, and trade secret information and soliciting Wildhawk's customers on behalf of Boor and/or Paragon using her knowledge of Wildhawk's proprietary, confidential, and trade secret information.

97.      In committing the foregoing acts, Murphy acted willfully, wantonly, maliciously, and with utter indifference to Wildhawk's rights.

98.      As a direct and proximate result of Murphy's conduct, Wildhawk has been injured, and continues to be injured, in an amount in excess of the jurisdictional minimum of this Court and that will be proven at trial.

99.      Murphy's acts have caused, and will continue to cause, damage to Wildhawk in continuing to breach her duties to Wildhawk by, among other things, misappropriating Wildhawk's proprietary, confidential, and trade secret information; using Wildhawk's proprietary, confidential, and trade secret information to establish, develop, and operate Paragon; and in

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

soliciting Wildhawk's customers on behalf of and for the benefit of Paragon, causing immediate, serious, and irreparable injury to Wildhawk for which Wildhawk does not have an adequate remedy at law.

### Count 4 - Intentional Interference with Existing Contract
*(Against Paragon Roof Systems, LLC, Billibob Boor, & Donna Murphy)*

100. Wildhawk repleads and incorporates paragraphs 1 through 99 as if fully set forth herein.

101. Wildhawk had existing contracts and business relationships with certain third-party customers for the sale of Brava Roof Tile products.

102. Defendants knew of Wildhawk's existing contracts and business relationships with certain third-party customers.

103. Defendant Murphy knew of the existing contracts and business relationships as many of the sales were negotiated and prepared by Murphy and/or because they were for the customers she serviced when she was employed by Wildhawk.

104. Defendants intentionally and improperly interfered with these existing contracts, in part by using Murphy's knowledge of Wildhawk's confidential, proprietary, and trade secret information to solicit Wildhawk's customers for the benefit of Paragon.

105. On information and belief, Boor and Paragon conspired with and/or aided and abetted Murphy to interfere with these contracts.

106. Defendant Murphy, at all relevant times, was acting as Paragon and Boor's agent.

107. Defendants' interference caused third-parties to not perform their contracts and business relationships with Wildhawk and/or made performance more burdensome or expensive.

108. As a direct and proximate result of Defendants' conduct, Wildhawk has been damaged and continues to be damaged in an amount in excess of the jurisdictional minimum of

18

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

this Court and that will be proven at trial.

109.     Defendants' acts have caused, and will continue to cause, damage to Wildhawk in continuing to interfere with Wildhawk's existing contractual relationships, causing immediate, serious, and irreparable injury to Wildhawk for which Wildhawk does not have an adequate remedy at law.

### Count 5 - Intentional Interference with Prospective Business Relationships
*(Against Paragon Roof Systems, LLC, Billibob Boor, & Donna Murphy)*

110.     Wildhawk repleads and incorporates paragraphs 1 through 109 as if fully set forth herein.

111.     Wildhawk had prospective contracts and business relationships with certain third-party customers for the sale of Brava Roof Tile products.

112.     Defendants knew of Wildhawk's prospective contracts and business relationships with certain third-party customers.

113.     Defendant Murphy knew of the prospective contracts and business relationships as many of the sales were negotiated and prepared by Murphy.

114.     Defendants intentionally and improperly interfered with these prospective contracts, in part by using Murphy's knowledge of Wildhawk's confidential, proprietary, and trade secret information to solicit Wildhawk's customers for the benefit of Paragon.

115.     On information and belief, Boor and Paragon conspired with and/or aided and abetted Murphy to interfere with these prospective contracts.

116.     Defendant Murphy, at all relevant times, was acting as Paragon and Boor's agent.

117.     Defendants' interference caused third-parties to not enter into a business relationship with Wildhawk.

118.     As a direct and proximate result of Defendants' conduct, Wildhawk has been

19

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

damaged and continues to be damaged in an amount in excess of the jurisdictional minimum of this Court and that will be proven at trial.

119.    Defendants' acts have caused, and will continue to cause, damage to Wildhawk in continuing to interfere with Wildhawk's prospective business relationships, causing immediate, serious, and irreparable injury to Wildhawk for which Wildhawk does not have an adequate remedy at law.

## Count 6 – Common Law Unfair Competition
### *(Against Defendant Paragon Roof Systems, LLC, Billibob Boor, and Donna Murphy)*

120.    Wildhawk repleads and incorporates paragraphs 1 through 119 as if fully set forth herein.

121.    Paragon has engaged in a campaign of unfair competition by violating the ████████ ████████████████████████████████ owned by Wildhawk and openly marketing, advertising, and selling products as being the same, substantially similar, or improvements to Brava Roof Tile products.

122.    Boor and Murphy have conspired and aided and abetted in Paragon's campaign of unfair competition by intentionally seeking to confuse Wildhawk's customers regarding a connection, affiliation or association between Paragon and Wildhawk, including, but not limited to, selling Paragon products to Wildhawk's customers in place of Brava Roof Tile products; portraying Paragon products as being identical or nearly identical to Brava Roof Tile products; informing customers that anyone using Paragon's colorization process is licensing it from Paragon's owners; and informing Wildhawk customers that Paragon is Brava Roof Tile's parent company and can produce the same products faster and cheaper.

123.    The actions of Paragon, Boor, and Murphy have and will continue to create a likelihood confusion in the minds of reasonable consumers in the market as a natural consequence

20

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

of their activities.

124.    As a direct and proximate result, Wildhawk has been damaged and continues to be damaged in an amount in excess of the jurisdictional minimum of this Court and that will be proven at trial.

125.    Paragon, Boor, and Murphy's acts have caused, and will continue to cause, damage to Wildhawk and jeopardize the entire goodwill symbolized by its business, reputation and identity, including Wildhawk's rights acquired under common law, causing immediate, serious, and irreparable injury to Wildhawk for which Wildhawk does not have an adequate remedy at law.

### Count 7 – Civil Conspiracy
*(Against All Defendants)*

126.    Wildhawk repleads and incorporates paragraphs 1 through 125 as if fully set forth herein.

127.    Brava IP, Boor, and Edson breached ██████████████, as described above, as part of a conspiracy with, and with the aid and abetment of, Paragon, and certain unknown individuals employed by Paragon, who had full and complete knowledge of the violations and their consequences, and knowingly entered into an agreement, express or implied, to commit the violations described above.

128.    Brava IP, Boor, and Murphy committed the wrongs described above, including misappropriating Wildhawk's confidential, proprietary, and trade secret information, and intentionally interfering with current and prospective business relationships, as part of a conspiracy with, and with the aid and abetment of, Paragon, and certain unknown individuals employed by Paragon, who had full knowledge of the violations and their consequences, and knowingly entered into an agreement, express or implied, to commit the violations described above.

21

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

129.   Likewise, Paragon committed the wrongs described above, including misappropriating Wildhawk's confidential, proprietary, and trade secret information, and intentionally interfering with current and prospective business relationships, as part of a conspiracy with, and with the aid and abetment of, Brava IP, Boor, and Murphy, who had full knowledge of the violations and their consequences, and knowingly entered into an agreement, express or implied, to commit the violations described above.

130.   As a direct and proximate result of Defendants' conduct, Wildhawk has been damaged and continues to be damaged in an amount in excess of the jurisdictional minimum of this Court and that will be proven at trial

## PRAYER FOR RELIEF

WHEREFORE, Wildhawk prays for a judgment against Defendants as follows:

A.      That the Court enter a temporary and permanent injunction immediately restraining Defendants, and their officers, agents, servants, employees, licensees, attorneys and all other persons in active concert or participation with them from:

1.      making, using, offering for sale or selling any of the ▮▮▮▮▮▮▮ or colorable variations thereof;

2.      making, using, offering for sale or selling any ▮▮▮▮▮▮▮ ▮▮▮▮▮ or colorable variations thereof;

3.      disclosing, using, or otherwise misappropriating Wildhawk's proprietary, confidential, and trade secret information;

4.      engaging in any act that is likely to cause the mistaken belief there is a connection, affiliation or association between Paragon and Wildhawk; and from

22

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

5.     otherwise competing unfairly with Wildhawk in any manner.

B.     That the Court order that Defendants Brava I.P., Boor and Edson and their agents specifically perform ██████████████████████████████████████

████████████████████████████████████████████

██████████████████.

C.     That that the Court order that Defendants Brava I.P., Boor and Edson and their agents specifically perform ██████████████████████████████████████

████████████████████████████████████████████

█████████████████████.

D.     That the Court award Wildhawk damages in an amount representing full and fair compensation for the injuries set forth by virtue of Defendants' acts pleaded herein.

E.     That the Court award Wildhawk damages for the actual loss caused by the acts of trade secret misappropriation as pleaded herein, and the unjust enrichment caused by such misappropriation, or a reasonable royalty for the unauthorized disclosure or use of the trade secret information, and that the Court award exemplary damages pursuant to Iowa Code § 550.4.

F.     That the court award attorneys' fees to the fullest extent by law, including as provided for by Iowa Code § 550.6.

G.     That the Court award corrective advertising in a monetary amount to rectify and dispel the confusion caused by Defendants.

H.     That the Court award costs, interest, and such other relief as may be just under the circumstances.

23

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

## JURY DEMAND

Plaintiff Wildhawk hereby demands a trial by jury in this matter on all counts to which Plaintiffs are entitled to a jury.

/s/ Jeffrey D. Harty
Jeffrey D. Harty, AT0003357
David T. Bower, AT0009246
Spencer S. Cady, AT0011812
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, Iowa 50309
Telephone:  (515) 283-3100
Fax:  (515) 283-3108
Email:  jharty@nyemaster.com
Email:  dbower@nyemaster.com
Email:  scady@nyemaster.com

**ATTORNEYS FOR PLAINTIFF
WILDHAWK INVESTMENTS, LLC**

24

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

**EXHIBIT**

**1**



E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

**EXHIBIT 2**



## PARAGON ROOF SYSTEMS

PO # _____     **QUOTE**     Sales Person Billibob Boor
Phone Number 920-428-6472

** Pricing is good for orders 15 squares or larger.

**SOLD TO:**

Company Name:
Street Address:
Phone:
Fax:                    N A

Contact name:
City/State
Zip:
email:

**SHIP TO:**

Company Name:   To be determined
Street Address:
Phone:
Fax:

Contact name:
City/State
Zip:
email:

loading dock @ facility     residential delivery     liftgate required
From:    77429          To:    0

85  pieces per square    weight (lb.)    624    # pallets:    0    waste    10.00%

| Project Measurments Fill in Blue Boxes | Qty. (Piecas)**** | Product | Cost per Square*** | Cost per Piece | Total Amount |
|---|---|---|---|---|---|
| Squares | 0 | Field Tile *13" max exposure* | $585.00 | $6.88 | $0.00 |
| Eave Feet | 193.6 | Plastic Eave closure | | $3.75 | $726.00 |
| Ridge feet | 62.7 | Plastic ridge closure | | $3.75 | $235.13 |
| Gable feet | 124.3 | Hip/Ridge Caps *13" max exposure* | | $12.50 | $1,553.75 |
| Headwall Feet | 0 | Gable rakes *13" max exposure* | | $12.50 | $0.00 |
| Ridge/Gable intersects | 6 | Bull Nose/Hip Starter | | $25.00 | $150.00 |
| Hip Feet | 0 | End Caps *1 per ridge/gable intersection* | | $12.50 | $0.00 |
| Number of Hips | | | | | |
| | | Color:    Stock Color | | Freight | to be determined |

Blue box values (left column): 0, 171.5, 27.7, 0, 0, 917, .6

|  | | Total Quote | $2,664.88 |
|---|---|---|---|
| Fire Class C | Over 1/2" plywood and 1 layer D226 standard underlayment | Deposit required | $1,332.44 |

Comments:    This is a trim match for discontinued Titan Old World Spanish

Color Disclaimer: Customer acknowledges that the tile colors have a natural variation. And that tile variance is not grounds for rejecting tiles, returning tiles or for failing to pay seller's invoices.

Paragon Tile to be installed at a 13.5" maximum exposure, 85 pcs. per square; 221 lbs./sq.

Paragon tile are available in both A and C Class Fire. Please verify your materials and installation methods required.  Class 4 hail rated; 50 year
Purchaser is responsible to unload truck. Tile and trim are on pallets.

Freight quotes subject to change for any undisclosed requirements.

Terms are 50% down to activate order, balance due prior to shipping. Quantities based on measurements provided by buyer
supplied.  It is the responsibility of the contractor to ensure proper material has been received before installing.

Restocking fees for stock colors are 25% of the original purchase price for the returned materials. Packaging and freight on the returned materials
is the responsibility of the  purchaser. Once returned the materials are inspected with return amounts processed based on the amount of good

Installer Disclaimer: Paragon has no liability for issues or damages arising from an incorrect installation by the contractor.

Contact your sales rep with any questions at: (920)428-6472

Thank you for the opportunity to quote this job.

Please sign and date this contract and return by fax to Paragon: Fax # 866-859-8607

Submitted by:    Billibob Boor        8/16/2019                                    30 Jul. 20
                 *Sales Rep*          *Date*          *Customer*                 *Date*

E-FILED 2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT
Redaction - Attorney-Client Privilege



**EXHIBIT 3**

**From:** Donna Murphy <donna@bravatile.com>
**Sent:** Monday, March 23, 2020 11:20 AM
**To:** ███████████████████████████
**Subject:** Re: Brava quotes

Hi ████,

Here is your updated Brava quote.  The Paragon quote will come from the owner of Paragon.  I know he is working on it.  Let me know if you have any questions, thank you.

*Donna Murphy*



**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
Mail to: PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |

1

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT
If you are happy with our customer service, please click here to let us know by leaving us a review on Google!

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Monday, March 23, 2020 7:42 AM
**To:** Donna Murphy <donna@bravatile.com>
**Cc:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Brava quotes

Donna,

Please send me an updated Brava quote.

Please send me a quote from Paragon that matches what was specified in the spec for hotel.

Please send me a sample of specified product from Brava and alternate product from Paragon.



Can I get samples this week?

Thanks,

▮▮▮▮▮▮▮▮▮▮▮

2

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

-------- Original message --------
From: Donna Murphy <donna@bravatile.com>
Date: 3/23/20 7:33 AM (GMT-06:00)
To: █████████████████████████
Subject: Re: Brava quotes

Good Morning ███,

I would say around 4 weeks, barring any interruptions to production.  Just a note, the other company that the parent company of Brava is operating, may be able to produce it faster and for a better price.  This is the website for that company.  https://www.paragonroofsystems.com/  If you want me to have them contact you, I would be happy to do that.  Brava had a price increase on Jan. 1.   It was not a large increase, but I am happy to requote Brava tile for you.

Please let me know if you want a requote or if there is anything I can help you with.

best,


*Donna Murphy*


**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |

If you are happy with our customer service, please click here to let us know by leaving us a review on Google!



3

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

**From:** ███████████████████████
**Sent:** Sunday, March 22, 2020 9:29 PM
**To:** Donna Murphy <donna@bravatile.com>
**Subject:** FW: Brava quotes

Donna,

What is the lead time of Class C quote?

Thanks,



**From:** Donna Murphy [mailto:donna@bravatile.com]
**Sent:** Thursday, October 24, 2019 10:19 AM
**To:** ████████████████
**Subject:** Brava quotes

Hi ████,

Here are your quotes.  Please let me know if you have any questions.  If you are planning on purchasing direct, a 50% deposit is required when the order is placed.  I will need a PO or a signed copy of the quote sent to me.  Also, please do not tell any distributors that you can buy direct, that does not put me in a good position.  Thank you.

*Donna Murphy*

4

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |

If you are happy with our customer service, please click here to let us know by leaving us a review on Google!

5

Redaction - Attorney-Client Privilege

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

**EXHIBIT
4**



**From:** ██████████████████████
**Sent:** Tuesday, June 9, 2020 9:13 PM
**To:** Donna Murphy <donna@bravatile.com>
**Subject:** FW: Brava Roof Tile

Hi Donna,
The lake forest shake seems to be a lighter gray.  Could you tell me what pricing and lead time is for that color given current covid issues?

Thanks, 
██████

**From:** Donna Murphy <donna@bravatile.com>
**Sent:** Friday, March 20, 2020 12:28 PM
**To:** ██████████████████████
**Subject:** Re: Brava Roof Tile

Hi  ,

Attached is your quote.  If you'd like to see a sample of Lake Forest, let me know and I will get that out to you.  Lake Forest is an aged grayish color with a greenish tinge.   I did not quote solids for your roof.  Solids have a solid back with no ribs/cavity backs.   Solids can be used in valleys and on gables.  If you are doing closed valleys, they aren't really necessary.  At the gables, if you are not

1

Ex. A, p. 34

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

planning on doing any overhang, but installing the shake just to the edge of the decking, solids aren't necessary.  If you want me to change that, let me know.

Also, as a note, Brava can make white shake, but it is more expensive since it is harder to manufacture.

"Concave Juncture   • This metal flashing is similar to the convex type and is installed to cover the top of the roof slope and the bottom four inches of the wall before the final course of shake shingles is installed."

If the pitch change is gradually and not real steep, you probably would not need to use additional starters.

To your idea of purchasing larger volume.  We can talk about that.  I do want to tell you about another company that the parent company of Brava has.  This is the website  https://www.paragonroofsystems.com/

Brava does not have access to sell these products.  The owners also developed all of Brava's products.  They manufacture a shake product that is installed as panels instead of individual pieces, but as you can see, the shake is very realistic looking.   The benefits are less pieces per square to install, easier installation, and it is lighter weight so more product can be shipped in a container.

I look forward to working with you.  Let me know if you have any questions, or if you want to see another sample, thank you.


*Donna Murphy*


**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |


If you are happy with our customer service, please click here to let us know by leaving us a review on Google!

2

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

  

**From:** ███████████████████
**Sent:** Friday, March 20, 2020 9:47 AM
**To:** Donna Murphy <donna@bravatile.com>
**Subject:** RE: Brava Roof Tile

Hi Donna,
Thanks for the samples. Maybe we can work up a quote.  Also, I would be interested in exploring possibility of doing some larger volume with you, will send you a video to give you the idea of the damage done to the island – lots and lots of homes need new roofs.

Here are the details that I know:

1200 sq ft of roof.
25 ft of ridge cap at a 6/12 or 7/12.
40 ft of ridge cap at a 4/12
120 ft of starter.
Anythig special for along the rake?  I haven't measured rakes but there is about 100 ft of rake line, give or take a bit.

In terms of color – you sent me Chesapeake samples, I thought something like lake forest – a bit grayer or lighter might work well with surrounding roofs.   Your thoughts?

3

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT



Here's the roof line post hurricane Dorian.  Most roofs on the island are shasta white shingles or white Bermuda roofs. Also, what to do at the pitch change – do you just flash over the top course of shingles and do you need another set of starter shingles there?

Shipping would be to



With a forwarding address to Bahamas, but I'll have them consolidate several shipments.  Final port of call will be MHH – Marsh Harbor, Bahamas.

Thanks,



**From:** Donna Murphy <donna@bravatile.com>
**Sent:** Thursday, March 12, 2020 12:01 PM
**To:** 
**Subject:** Re: Brava Roof Tile

Hi ██████,

4

Thank you for getting back to me.  Brava has tested their shake product to Miami Dade standards in Florida.  This is a link to NOA which will give you some information.  http://www.miamidade.gov/building/library/productcontrol/noa/19031907.pdf
For high wind application, the exposure is changed from 10" to 8".  The fasteners "Each shake is installed with (2) two 1/8" diameter stainless steel ring shank nails of sufficient length to penetrate through the sheathing a minimum 3/16" of an inch, through the designated nail holes."

Yes, you can use the water that you collect.  Per the testing we have conducted, no leaching occurred.

The cost of Brava shake at 8" exposure with accessories would be in the general area of $550/sq.  That is a ball park figure because the number of starters, caps, solids, will affect it.

Regarding solar panels, they need to be used with brackets that need to be attached to the deck.  The solar panels cannot be attached direct to the shake, there needs to be a space between the shake and the panels.

Brava will ship to a port in Florida.  At that point, you would have to arrange the ocean transportation and any importing paperwork.

Please let me know if you have any questions, thank you.

*Donna Murphy*

**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
**Cell:** 920-202-2932 | **Fax:** 866-859-8607
www.bravarooftile.com |

If you are happy with our customer service, please click here to let us know by leaving us a review on Google!

5

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT



**From:** ███████████████████
**Sent:** Thursday, March 12, 2020 10:11 AM
**To:** Donna Murphy <donna@bravatile.com>
**Subject:** RE: Brava Roof Tile

Hi Donna,
I have a house in the Bahamas close to ocean in a hurricane zone.  Four questions – how to you attach to mitigate high wind, and is it safe for drinking water catchment?  We all have cisterns there fed from the roof. What's the cost?  An how would you attach solar panels above?

Thanks,


**From:** Donna Murphy <donna@bravatile.com>
**Sent:** Thursday, March 12, 2020 9:52 AM
**To:** ██████████████
**Subject:** Brava Roof Tile

Hello ,

Thank you for contacting Brava Roof Tile.   How can I help you?  Are you interested in information about Brava Shake?  I look forward to working with you.

regards,


*Donna Murphy*

6

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
**Cell: 920-202-2932 | Fax: 866-859-8607**
www.bravarooftile.com |

If you are happy with our customer service, please click here to let us know by leaving us a review on Google!

  

7

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privilege

**EXHIBIT
5**



**From:** Donna Murphy
**Sent:** Thursday, April 16, 2020 10:27 AM
**To:** ████████████████████████████████████████
**Subject:** permission

Good Morning ███████████,

I hope both of you are doing well.  I wanted to ask if you mind if Billibob came over and took some drone footage of your roof?  We would not share your location or any specifics.  Would that be okay?  Thank you.

*Donna Murphy*



**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
**Cell:** 920-202-2932 | **Fax:** 866-859-8607
www.bravarooftile.com |

1

E-FILED  2020 NOV 02 5:42 PM JOHNSON - CLERK OF DISTRICT COURT

If you are happy with our customer service, please click here to let us know by leaving us a review on Google!

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| WILDHAWK INVESTMENTS, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>BRAVA I.P., LLC; BILLIBOB BOOR, an individual; GERALD EDSON, an individual; PARAGON ROOF SYSTEMS, LLC; and DONNA MURPHY, an individual.<br><br>　　　　Defendants. | Case No. LACV082105<br><br>**PLAINTIFF'S BRIEF IN SUPPORT OF MOTION FOR TEMPORARY INJUNCTION** |

Pursuant to Iowa Rules of Civil Procedure 1.1501 and 1.1502, Plaintiff Wildhawk Investments, LLC ("*Wildhawk*") submits the following Motion for Temporary Injunction.

## TABLE OF CONTENTS

INTRODUCTION ........................................................................................................... 3

STATEMENT OF FACTS ............................................................................................. 4

    **I.**　　Background on composite roofing products and Plaintiff Wildhawk Investments, LLC ................................................................................................ 4

    **II.**　　Wildhawk's ██████████████████████████████ ........................... 5

        **A.**　The background and structure of ██████████ ........................... 5

        **B.**　██████████████████████████ ........................... 8

            **1.**　██████████████ ............................................... 8

            **2.**　████████████████ ........................................... 9

            **3.**　██████████████████ ............................... 10

            **4.**　████████████████████ ........................... 10

        **C.**　██████████████████████████████ ...... 11

        **D.**　The conduct of the Brava Defendants, Paragon, and Murphy ................ 13

            **1.**　Boor founds Paragon to compete with Wildhawk ............................... 13

            **2.**　Donna Murphy leaves Wildhawk to join Paragon ........................... 14

            **3.**　Defendants' wrongful use of t██████████████████

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

███████████████ ............................................................................ 15

    4.    Boor and Paragon conspire with Murphy ............................ 19

    5.    Defendants' conduct is causing Wildhawk irreparable harm ............ 21

ARGUMENT ............................................................................ 22

  I.    Wildhawk's rights have been invaded and it is likely to succeed on the merits ............................................................................ 23

    A.    Count 1 – Breach of Contract (the Brava Defendants) ................................... 23

    B.    Count 2 – Misappropriation of Trade Secrets (all Defendants) .................... 24

    C.    Count 5 – Intentional Interference with Prospective Business Relationships (Paragon, Boor, and Murphy) ................................... 25

  II.    Wildhawk will suffer irreparable harm in the absence of injunctive relief and it does not have an adequate remedy at law ................................... 26

  III.    The balance of the hardships favors injunctive relief ........................................... 28

CONCLUSION ............................................................................ 29

2

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

## INTRODUCTION

Defendants Billibob Boor (*"Boor"*) and Gerald Edson (*"Edson"*) were manufacturers and sellers of composite roofing products, including the well-known Brava Roof Tile products. They built a valuable business, ███████████████████████████████████████ ████████████████████████████████████████████████████████████ ██████████████████████████████ ███████████████████████████████████████████████ ███████████████████████████████████████ Following the acquisition, Wildhawk retained Boor as a paid consultant to assist in Wildhawk's further development, manufacture, and sale of the Brava Roof Tile products – a role which gave Boor access to a broad range of Wildhawk's confidential, proprietary, and trade secret information, such as customers and prospective customers, and their purchasing histories.

As it turns out, while he was still working for Wildhawk, Boor founded Defendant Paragon Roof Systems, LLC (*"Paragon"*) – a company that now manufactures and sells competing composite roofing products in direct and blatant violation of Wildhawk's exclusive rights.   Further, after he started Paragon, Boor hired away a Wildhawk sales representative, Defendant Donna Murphy (*"Murphy"*), to join him at Paragon.  After her resignation, Wildhawk learned that Murphy began working with Boor and Paragon months before her employment ended, actively soliciting Wildhawk's customers to purchase products from Boor and Paragon. She even used her Wildhawk email address!

Paragon, Boor, and Murphy are now misleading consumers that Paragon and Wildhawk are affiliated, and intentionally trading off the Brava Roof Tile name ████████████████ ███████ to gain rapid market acceptance for the Paragon products.  Unless Defendants'

3

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

conduct is enjoined, ███████████████████████████████

███████████████████████████████████████████████

The invasion of Wildhawk's rights, and the resulting and on-going harm, is substantial, and the

balance of the hardships and equities particularly favor injunctive relief given Defendants'

brazen disregard for Wildhawk's rights.

## STATEMENT OF FACTS

**I.    BACKGROUND ON COMPOSITE ROOFING PRODUCTS AND PLAINTIFF
WILDHAWK INVESTMENTS, LLC.**

This case is about composite roofing products.  Unlike traditional roofing materials like

asphalt, shake, tile, or slate, composite roofing products are made from synthetic materials,

which provides for greater durability and lifespan, and requires little to no maintenance.

(Declaration of Adam Brantman at ¶ 19).  Consumers select composite roofing products for this

reason; however, they also want a roof that looks good.  (*Id.* at ¶ 20).  Accordingly, composite

roofing products are specifically designed to give the appearance of traditional roofing products

– *e.g.* shake, tile, and slate.  (*Id.*).

Following its acquisition from Defendants Boor, Edson, and Brava I.P., LLC (discussed

below), Wildhawk assumed, and began doing business under the name Brava Roof Tile.  (*Id.* at ¶

17).  Wildhawk is now a leading developer, manufacturer, and seller of composite shingles and

related accessories.  (*Id.* at ¶ 18).  Its product lines include Brava Spanish Barrel (f/k/a Brava Old

World Spanish), Brava Cedar Shake (f/k/a Brava Shake), and Brava Old World Slate.  (*Id.* at ¶

24).  Several of Wildhawk's product offerings are shown below:

4

*Brava Roof Tile Products*



(*Id.*).

Composite roofing products are a premium product, and considerably more expensive than traditional options. (*Id.* at ¶ 21). As a premium niche market with very discerning customers, manufacturers like Wildhawk distinguish their products based on the quality and appearance they are able to provide. (*Id.* at ¶ 22). As a result, manufacturers of composite roofing products closely-guard their proprietary manufacturing processes, including material formulations and colorization processes. (*Id.*). Further, the composite roofing market is well-defined, with a relatively small list of reputable manufacturers. (*Id.* at ¶ 23). Customers are interested in established names, with longevity in the marketplace. (*Id.*). As a result, the market is difficult to break into for a new manufacturer. (*Id.*).

**II.** ███████████████████████████████████████████

    **A.**    **The background and structure** ████████████.

Defendants Billibob Boor and Gerald Edson are the sole members and managers of Defendant Brava I.P., LLC. (collectively *"the Brava Defendants"*). Over a period of years███
████████████████████████████████████████████
████████████████████████████████████████
████████████

Boor and Edson were also members and managers of another Brava-related entity, Brava

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Technologies, LLC.[1]  Brava Technologies was the manufacturer and seller of composite roofing tiles and related accessories, most notably the well-known Brava Roof Tile line of products, namely Brava Old World Spanish, Brava Shake, Brava Old World Slate, and Brava Slate roofing tiles.  In July 2012, Brava IP and Brava Technologies entered into ██████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

███████████████████████████████████████████████████

████████████████

  ██████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

█████████████████

   ██████████████████████████████████████████████████

█████████████████████████████████████████████████████████

---

[1] On information and belief, Brava Technologies had a third member, Alan Meyer.  Brava Technologies was formed in September 2010, and was administratively dissolved in September 2017.  (Exhibit 18).

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



7

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



8

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



9

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



10

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



11

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



[6] the "diversif[ication] in external appearance especially with different colors". (Exhibit 19, available at https://www.merriam-webster.com/dictionary/variegate).



12

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████

█████████████████████████████████████████████

████████████████████

**D.    The conduct of the Brava Defendants, Paragon, and Murphy.**

      **1.    *Boor founds Paragon to compete with Wildhawk.***

████████████████████  Wildhawk retained Boor as a paid consultant to assist in Wildhawk's further development, production, and sale of its Brava Roof Tile products. (Declaration at ¶ 32).  Serving in that role from 2016 through June 2019, Boor had access to a broad range of Wildhawk's confidential, proprietary, and trade secret information, including but not limited to (a) information regarding Wildhawk's customers and prospective customers; (b) customer purchasing history, including products, volumes, and prices; (c) the terms of contracts between Wildhawk and its customers; (d) sales and marketing plans; (e) information on Wildhawk's new product development; and (f) information on Wildhawk's manufacturing and production processes.  (*Id.* at ¶ 33).

In May 2019, while still serving as a paid consultant for Wildhawk, Boor founded Paragon.[8]  (*Id.* at ¶ 36; Exhibit 7).  Paragon has become a direct competitor of Wildhawk, manufacturing and selling virtually indistinguishable composite roof tile and related accessories.

---

[8] On information and belief, Boor is a member and manager of Paragon, which is a Texas limited liability company with its principal place of business in Granbury, Texas.

13

Its product lines include Spanish Tile, Mission Tile, Slate, and Shake.  (Declaration at ¶ 37).

Several of Paragon's product offerings are shown below:

*Paragon Roof Systems Products*



(*Id.* at ¶ 38).

### 2.   *Donna Murphy leaves Wildhawk to join Paragon.*

Defendant Donna Murphy was employed by Wildhawk as a sales representative from

December 15, 2015 to July 10, 2020.  (Declaration at ¶ 50).  As with Boor, Murphy had access to

a broad range of Wildhawk's confidential, proprietary, and trade secret information, including

but not limited to (a) information regarding Wildhawk's customers and prospective customers;

(b) customer purchasing history, including products, volumes, and prices; (c) the terms of

contracts between Wildhawk and its customers; (d) sales and marketing plans; (e) information on

Wildhawk's new product development; and (f) information on Wildhawk's manufacturing and

production processes.  (*Id.* at ¶ 51).

On July 9, 2020, Murphy, without notice, handed in her resignation from Wildhawk,

effective July 10, 2020.  (*Id.* at ¶ 52).  In her exit interview, Murphy expressly denied that she

planned to work for Boor or any other entity operated by Boor, Edson, or Brava IP.  (*Id.* at ¶ 53).

However, as discussed more fully below, Wildhawk later learned that Murphy was assisting

Boor and Paragon while still employed by Wildhawk, and officially joined Boor and Paragon as

14

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

a sales representative shortly after resigning from Wildhawk.[9]  (*Id.* at ¶ 53; Exhibit 13).

      **3.**    *Defendants' wrongful use of the* ██████████████████████

Paragon's own website contains irrefutable evidence of the Brava Defendants' and

Paragon's wrongful conduct.  There, the Defendants brazenly admit the continued use of

Wildhawk's ██████████████████████████████████████

For example, Paragon describes ████████████ as follows:

> In 2015, a license was sold to a group to take over the manufacturing and marketing
> of the three Brava Roof Tile products. This is still an active licensee of the Paragon
> principles, and we are proud of Brava Roof Tile's industry performance.  The sale
> of this license allowed <u>for the time to finish developing</u> the Paragon products.

(Exhibit 9 at 6 (emphasis added)).  This is a plain admission that the development of what would

become the Paragon products had begun ███████████████   █████████████████

████████████████████████████████████████████████

████████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

████████████████████████████

And the website also openly admits the Paragon products were developed from the Brava

Defendants' ████████████████████

The Paragon product line came about from <u>historical designs</u>, newly engineered
features, innovative material technology, and <u>enhanced color capability</u>, which

---

[9] Prior to Murphy's employment with Wildhawk, Murphy was employed by Boor and/or an entity
owned and operated by Boor as a sales representative for the licensed composite roof tile products,
then sold under the brands Titan Roof Systems and Brava Roof Tiles.

15

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

have never come together until now.

(Exhibit 9 at 8 (emphasis added)).

> The technology inventors and owners of both the Titan Roof System materials and the Brava Roof Tile materials are the founders of Paragon Roof Systems. Paragon products are the culmination of historical design inspiration, newly engineered features, innovative material technology, and enhanced color capabilities, which have never been combined until now.

(*Id.* 9 at 4 (emphasis added).  Indeed, Paragon and Boor go so far as to acknowledge their continued use ████████████████████████████████████████████████

████████████████████

> Billibob was the first to invent and patent the multi-coloring process. Anyone offering this process is either licensing from him or trying to copying his technology.

(*Id.* (emphasis added)).  Further, a Paragon quotation provided by Boor to a potential customer, references "a trim match for the discontinued Titan Old World Spanish" product.  (Declaration at ¶ 45; Exhibit 11).  ████████████████████████████████████████

██████████████████████████████████████████████

Communications with Paragon customers further demonstrate Paragon and Boor's continued use of ███████████████████  For example, in October, 2020 a potential Paragon customer asked Murphy to compare Brava Roof Tile products with those manufactured by Paragon.  (Exhibit 10).  She responded:

16

To your questions on Brava and Quarrix, the CEO of Paragon helped to develop the Quarrix tile. When he wanted to improve the material formulation, they decided at the time to not spend extra money, so he parted ways with them. Today, Quarrix cannot pass the higher standards of testing that Paragon passes.

Our CEO did develop the Brava Spanish tile. In fact, I worked for Brava for 9 yrs. and was one of their top salespeople.  In 2015, the group that now runs Brava took over operations. Since that happened, there have been quality issues, and when the opportunity arrived, I decided to leave and join Paragon. *The tile that Paragon manufacturers represents the latest and greatest in a series of innovations by Billibob Boor our CEO.*   The material is stronger, the tile has been designed to be gun nailable (a first for the composite industry), and I again have confidence in the quality level.  Recently, Paragon completed a series of wind testing in FL.   Quarrix cannot pass any testing to be able to install in FL. Brava's Spanish tile does pass the testing, but Paragon surpassed Brava's ratings.

*In addition, because Billibob invented Brava and their colors, Paragon can make any color offered by Brava.*

Sorry for the long response, I wanted to make sure you had all the details.   Let me know if there is anything else I can help you with.

(*Id.* (emphasis added)).

A physical comparison of the Brava Roof Tile products with the Paragon products also demonstrates that the Brava Defendants and Paragon continue to utilize ██████████████ ████████████████████████████████████████████████ ██████████    ██████████████████████████ ████████████████████████████ (Declaration at ¶ 39).[10]  Indeed, Wildhawk's material suppliers have also advised Wildhawk that Boor has contacted them to obtain the same materials used by the Brava Defendants prior to ██████████ (and used by Wildhawk today), to manufacture composite roofing products.  (*Id.* at ¶ 70).

████████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████

---

[10] Photographs of the different products are attached hereto as Exhibit 8, and Wildhawk will present actual composite shingles at hearing of this matter.

17

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

██████████████████████████████████████████

█████████████

In addition, Paragon also advertises the market-recognized certifications obtained by the

Brava Defendants' engineering and product formulations:

> Billibob was the first and only to produce a Class A Spanish tile without the need
> for expensive decking materials or systems. He was the first and still only one to
> create a Class 4 impact rated Spanish Tile. He was the first and still only to create
> a composite barrel tile that has Miami Dade NOA approvals.

(Exhibit 9 at 4).  Boor's claims, however, do not relate to the Paragon products.  ████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████

Finally, and inexplicably, the Brava Defendants and Paragon also openly criticize

Wildhawk – ████████████████████████████████████████████

████████████████████████████████ – as nothing more than an investment

company:

> There's a reason to choose Paragon.  We are not another investment company
> owned business.  The founders of Paragon are hands on people involved in all areas
> of the company.  Paragon does not license or copy their techniques or materials.
> All of Paragon's products, technology, and machinery are owned and developed
> personally by Paragon.  One of Paragon's founders, Billibob Boor, has 20 plus
> years in the composite roofing industry.  The reason Billibob's technology is so
> different is because he comes from a unique background of automotive engineering

18

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

and quality control.  <u>Where many companies just make a similar version or copy of other products in the industry, or just acquire a company, Billibob has always looked to create something completely unique that not only performs but has a positive impact on the environment.</u>

(Exhibit 9 at 4 (emphasis added)).  In addition to being defamatory, this is an outright untruth:

█████████████████████████████████████████████

████████████████████  Indeed, a Wildhawk customer reported a false rumor that Brava Roof Tile would not be around very long because of its relatively new ownership group.

(Declaration at ¶ 66; Exhibit 17).

### 4.   *Boor and Paragon conspire with Murphy.*

When she resigned from Wildhawk, Murphy expressly denied that she planned to work for Boor or any other entity operated by Boor, Edson, or Brava IP.  (Declaration ¶ 53).  As it turns out, however, Murphy was assisting Boor and Paragon while still employed by Wildhawk, and has continued to work for Boor and Paragon after resigning from Wildhawk.

For example, in responding to a customer inquiry to Wildhawk, Murphy stated:



(Exhibit 13 at 12).  Remarkably, Murphy told this customer that Paragon is Wildhawk's parent company ("the other company that the parent company of Brava is operating"), and that this

19

"parent company" may be able to provide the customer with the requested product "faster and

for a better price".[11]  (Id.).  In addition to being false, this statement is a tacit acknowledgment

that Boor and Paragon continue to utilize ███████████████████

In response to another customer's request for a quotation from Wildhawk, Murphy

responded:

> To your idea of purchasing larger volume.  We can talk about that.  I do want to tell you about
> another company that the parent company of Brava has.  This is the
> website   https://www.paragonroofsystems.com/
> Brava does not have access to sell these products.  The owners also developed all of Brava's
> products.  They manufacture a shake product that is installed as panels instead of individual pieces,
> but as you can see, the shake is very realistic looking.   The benefits are less pieces per square to
> install, easier installation, and it is lighter weight so more product can be shipped in a container.
>
> I look forward to working with you.  Let me know if you have any questions, or if you want to see
> another sample, thank you.
>
> *Donna Murphy*

> **BRAVA Roof Tile**
> 1100 E 7ᵗʰ St. | Washington, IA 52353
> Mail to: PO Box 484 | Washington, IA 52353
> Cell: 920-202-2932 | Fax: 866-859-8607
> www.bravarooftile.com |

(Id. at 4).  Again, using her Wildhawk email address, Murphy falsely described Paragon as

Wildhawk's "parent company", told the customer that the "owners" of Paragon "developed all of

[Wildhawk's] products", and that Wildhawk "does not have access to sell these products".[12]

(Id.).

Since joining Paragon, Murphy has continued to call on and solicit business from

Wildhawk customers.  (Declaration at ¶ 60; Exhibit 15).

---

[11] Murphy also told this customer that its requested quote "will come from the owner of Paragon.
I know he is working on it."  (Exhibit 13 at 10).

[12] Further, while she was still employed by Wildhawk, Murphy began forwarding proprietary
company information to her personal email address.  (Declaration at ¶ 59).

20

E-FILED 2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**5.      *Defendants' conduct is causing Wildhawk irreparable harm.***

As a result of the Defendants' collective conduct, Wildhawk has lost customer sales and as a result, market share. (Declaration at ¶ 61).

For example, Murphy's solicitation of one Wildhawk customer on behalf of Paragon (while still employed by Wildhawk) resulted in a significant sale by Paragon. (*Id.* at ¶ 61). Further, Paragon now supplies composite roofing materials for a large customer in Branson, Missouri, a former Wildhawk account managed exclusively by Murphy while she was still a Wildhawk employee. (*Id.* at ¶ 62; Exhibit 15 at 7). Another Wildhawk customer – Cleve Carter – was working with Murphy while she was still a Wildhawk employee. (Declaration at ¶ 16). According to Paragon reviews found on Google, Carter ultimately elected to purchase product from Paragon. (*Id.*; Exhibit 16). Finally, Wildhawk customers routinely identify other manufacturers they are considering for their projects, including Paragon. (Declaration at ¶ 67). It is reasonable to infer that Paragon is winning some of these projects, thus taking additional sales and market share from Wildhawk.

Perhaps more significantly, Paragon and Boor continue to use their former connection to Brava Roof Tile to gain rapid market acceptance for their new products. As a result of Paragon's misrepresentations and unauthorized use of the Brava Roof Tile name on its website, customers continue to express confusion regarding the affiliation between Wildhawk, and Paragon and Boor. (Declaration at ¶ 69). ███████████████████████████

████████████████████████████████████████████

███████████████████████████████████

21

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

## ARGUMENT

Temporary injunctive relief is appropriate "[w]hen the petition, supported by affidavit, shows the plaintiff is entitled to relief which includes restraining the commission or continuance of some act which would greatly or irreparably injure the plaintiff." Iowa R. Civ. Pro. 1.1502(1). "The issuance or refusal of a temporary injunction rests largely in the sound discretion of the trial court." *Lewis Inv., Inc. v. City of Iowa City*, 703 N.W.2d 180, 184 (Iowa 2005) (quotation omitted). A party seeking an injunction must establish:

    (1)    an invasion or threatened invasion of a right;

    (2)    a substantial injury or irreparable injury to that right if the injunction is not granted;

    (3)    the absence of an adequate remedy at law; and

    (4)    granting the injunction does not outweigh the relative hardship suffered by the enjoined party.

*Matlock v. Weets*, 531 N.W.2d 118, 122 (Iowa 1995).[13] Temporary injunctive relief also requires "a showing of the likelihood of success on the merits instead of actual success." *Max 100 L.C. v. Iowa Realty Co.*, 621 N.W.2d 178, 181 (Iowa 2001). Here, each of these elements is satisfied, and this Court should grant a temporary injunction to prevent irreparable harm to Wildhawk. Without such relief Wildhawk will continue to lose market share and its unique role in the composite roofing market.

---

[13] A showing of irreparable harm generally also establishes that there is no adequate remedy at law. *Hockenberg Equip. Co. v. Hockenberg's Equip. & Supply Co. of Des Moines*, 510 N.W.2d 153, 158 (Iowa 1993).

22

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

I. **WILDHAWK'S RIGHTS HAVE BEEN INVADED AND IT IS LIKELY TO SUCCEED ON THE MERITS.**

    A.    *Count 1 – Breach of Contract (the Brava Defendants).*

To prevail on a breach of contract claim, a plaintiff must prove: (1) the existence of a contract; (2) the terms and conditions of the contract; (3) the plaintiff has performed all the terms and conditions required under the contract; (4) the defendant's breach of the contract in some particular way; and (5) that plaintiff has suffered damages as a result of the breach. *Iowa Mortg. Ctr., L.L.C. v. Baccam*, 841 N.W.2d 107, 110–11 (Iowa 2013). Here, Wildhawk is likely to succeed on the merits of its breach of contract claim.

As set forth above, the Agreement granted Wildhawk several exclusive and perpetual licenses:



Wildhawk is likely to succeed on the merits of its breach of contract claim against the Brava Defendants.

23

**B.**     *Count 2 – Misappropriation of Trade Secrets (all Defendants).*

To prevail on a claim for misappropriation of trade secrets, a plaintiff must establish:  (1) the existence of a trade secret, (2) the acquisition of the secret as a result of a confidential relationship, and (3) the unauthorized use of the secret.  *Lemmon v. Hendrickson,* 559 N.W.2d 278, 279 (Iowa 1997).  The Iowa Uniform Trade Secrets Act defines a trade secret:

> "Trade secret" means information, including but not limited to a formula, pattern, compilation, program, device, method, technique, or process that is both of the following:
>
> (a)     Derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by a person able to obtain economic value from its disclosure or use.
>
> (b)     Is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.

Iowa Code section 550.2(4).  Trade secrets "can range from customer information, to financial information, to information about manufacturing processes to the composition of products." *Econ. Roofing & Insulating Co. v. Zumaris,* 538 N.W.2d 641, 647 (Iowa 1995).  "There is virtually no category of information that cannot, as long as the information is protected from disclosure to the public, constitute a trade secret." *Id.*  Here, Wildhawk is likely to succeed on the merits of its trade secrets claim.

█████████████████████████████████████████████████

████████████████████ all constitute trade secrets under Iowa law.  Indeed, the Brava Defendants treated this information as highly confidential, and would not disclose its trade secrets to Wildhawk ████████████████████ (Declaration at ¶¶ 27-28).  ███████████

█████████████████████████████████████████████████████

█████████████████████████████████████████████████████

████████████████████████████ Further, Wildhawk requires a Confidentiality

24

Agreement prior to disclosure of the trade secrets to employees or third-parties.  (Declaration at ¶ 30).  The economic value of this information "not being generally known to, and not being readily ascertainable by proper means by a person able to obtain economic value from its disclosure or use" is apparent, both ███████████████████████ acquire the trade secrets, and the Defendants' improper efforts to exploit their commercial value even today.  Iowa Code § 550.4(2)(a).

Further, Paragon, Boor, and Murphy actively solicited Wildhawk's customers while Murphy was still a Wildhawk employee.  (*Id.* at ¶¶ 54-59).  Such solicitations continue, no doubt with Murphy's use of confidential customer information acquired during her employment with Wildhawk.  (*Id.* at ¶¶ 60-63).

The Defendants' continued use of Wildhawk's trade secrets is unauthorized, and thus constitutes misappropriation.  Wildhawk is likely to succeed on the merits of its trade secrets claim against the Defendants.

**C.**     ***Count 5 – Intentional Interference with Prospective Business Relationships (Paragon, Boor, and Murphy).***

To prevail on a claim of intentional interference with prospective business advantage, a plaintiff must establish:  (1) a prospective business relationship; (2) the defendant knew of the prospective relationship; (3) the defendant intentionally and improperly interfered with the relationship; and (4) the defendant's interference caused the relationship to fail to materialize.  *Blumenthal Inv. Trusts v. City of W. Des Moines*, 636 N.W.2d 255, 269 (Iowa 2001).  A binding contract is not necessary to support a claim of interference with prospective business advantage.  *Econ. Roofing & Insulating Co. v. Zumaris*, 538 N.W.2d 641, 651 (Iowa 1995).

To be improper, an interference must be designed to financially injure the plaintiff.  *Id.*  The basic focus of the analysis is whether the conduct was fair and reasonable under the

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

circumstances. *Financial Marketing Services, Inc. v. Hawkeye Bank & Trust,* 588 N.W.2d 450, 458 (Iowa 1999).  Factors relevant to deciding whether the interference is improper include (1) the nature of the conduct; (2) the defendant's motive; (3) the interests of the party with which the conduct interferes; (4) the interest sought to be advanced by the defendant; (5) the social interests in protecting the freedom of action of the defendant and the contractual interests of the other party; (6) the nearness or remoteness of the defendant's conduct to the interference; and (7) the relations between the parties. *Revere Transducers, Inc. v. Deere & Co.,* 595 N.W.2d 751, 767 (Iowa 1999).  Here, Wildhawk is likely to succeed on the merits of its intentional interference claim.

Paragon, Boor, and Murphy are actively soliciting Wildhawk's customers and prospective customers to sell products ███████████████████████████████ █████████████████████████ Declaration at ¶¶ 60-70).  The nature of the conduct, and the Defendants' motives are clear – to improperly capture Wildhawk's market share in violation ████████████  There are no countervailing social interests to protect.  Stated simply, the Brava Defendants sold their intellectual property rights to Wildhawk, and now they – along with Paragon – wish to ignore the bargain they made.  The continued attempts to interfere with Wildhawk's customer relationships are improper.  Wildhawk is likely to succeed on the merits of its intentional interference claim against Paragon, Boor, and Murphy.

## II.  WILDHAWK WILL SUFFER IRREPARABLE HARM IN THE ABSENCE OF INJUNCTIVE RELIEF AND DOES NOT HAVE AN ADEQUATE REMEDY AT LAW.

As discussed above, the composite roofing market is a niche market with a limited number of players.  (Declaration at ¶¶ 22-23).  Consumers in this space are discerning, and as a result, often select manufacturers based on the quality and characteristics of their respective

26

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

product offerings.  (*Id.* at ¶ 22).  Thus, the unique, proprietary characteristics of the Brava Roof

Tile products place Wildhawk in a niche within a niche.

Loss of market share supports a finding of irreparable harm since it often may be

virtually impossible to calculate its monetary worth with a reasonable degree of precision.  *See,*

*e.g., DMF, Inc. v. AMP Plus, Inc.*, 2019 WL 1099982, *12-*13 (C.D. Cal. 2019); *Metalcraft of*

*Mayville v. Toro Co.*, 848 F.3d 1358, 1368 (Fed. Cir. 2017) ('[T]he loss ... of customers may

have far-reaching, long-term impact on [] future revenues, and the sales lost ... are difficult to

quantify due to 'ecosystem' effects, where one company's customers will continue to buy that

company's products and recommend them to others.'); *Purdue Pharma L.P. v. Boehringer*

*Ingelheim GMBH*, 237 F.3d 1359, 1367–68 (Fed. Cir. 2001).  As noted by the Federal Circuit in

the patent context:

> Competitors change the marketplace. Years after infringement has begun, it may
> be impossible to restore a patentee's (or an exclusive licensee's) exclusive position
> by an award of damages and a permanent injunction.

*Polymer Techs., Inc. v. Bridwell*, 103 F.3d 970, 975-76 (Fed. Cir. 1996).  Here, Wildhawk has

already lost sales and market share to Paragon.  (Declaration at ¶¶ 60-63).

Further, Wildhawk is left to compete against products which use ████████████

████████████████████████████████  Under such circumstances, irreparable harm

results from "being forced to compete against products that incorporate and infringe its own . . .

inventions." *Douglas Dynamics, LLC v. Buyers Prods. Co.*, 717 F.3d 1336, 1345 (Fed. Cir.

2013).  This is particularly true where the infringing party is a direct competitor selling

competing products in the same marketplace, as is the case with the Defendants.  *See Trebro*

*Mfg. Inc. v. Firefly Equip., LLC*, 748 F.3d 1159, 1171 (Fed. Cir. 2014).  If the wrongful conduct

is permitted to continue, Wildhawk will be forced to decide between a continued loss to its

market share or taking other measures, such as a reduction in pricing for its proprietary products.

27

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

*See Celsis In Vitro, Inc. v. CellzDirect, Inc.*, 664 F.3d 922, 930 (Fed. Cir. 2012) (price erosion valid ground for finding irreparable harm). Indeed, the loss to control the terms under which a proprietary invention is used in the marketplace is not easily quantifiable with money damages and supports a showing of irreparable harm. *Golden Hour Data Sys., Inc. v. emsCharts, Inc.*, No. 2:06-CV-381-JRG, 2014 WL 8708239, at *10 (E.D. Tex. Mar. 31, 2014)

Further, "[h]arm to reputation resulting from confusion between an inferior accused product and a . . . superior product is a type of harm that is often not fully compensable by money because the damages caused are speculative and difficult to measure." *Reebok International Ltd. v. J. Baker, Inc.*, 32 F.3d 1552, 1554 (Fed. Cir. 1994). As discussed above, the Defendants are misleading consumers to believe Paragon and Wildhawk are affiliated, and intentionally trading off the Brava Tile name, ███████████████ in an attempt to gain rapid market acceptance for the Paragon products and generate additional search engine traffic.

Finally, irreparable harm may be show when a defendant threatens repeated misconduct. *Hockenberg Equip. Co.*, 510 N.W.2d at 158; *Robert Bosch LLC v. Pylon Mfg. Corp.*, 659 F.3d 1142, 1155 (Fed. Cir. 2011) (the likelihood of continued infringement a relevant factor in assessing the adequacy of monetary damages). In such circumstances, a plaintiff's remedy at law is effectively rendered "meaningless". *Id.* Here, there is no indication that the Defendants' wrongful conduct – which has been brazen – will stop without injunctive relief. Absent such relief, Wildhawk's market share and reputation within its niche market will continue to diminish, for which it has no adequate remedy at law.

## III.    THE BALANCE OF THE HARDSHIPS FAVORS INJUNCTIVE RELIEF.

The Defendants should not be heard to complain about any hardships they might suffer as a result of injunctive relief in this case. The Brava Defendants knowingly and intentionally

28

E-FILED 2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

███████████████████████████████████████████████████████

████████████████████████████████████████████. The

Defendants made the decision ███████████████, misappropriate Wildhawk's trade

secrets, and intentionally interfere with Wildhawk's business relationship, perhaps hoping they

would not be caught. However, "[o]ne who elects to build a business on a product found to

infringe cannot be heard to complain if an injunction against continuing infringement destroys

the business so elected". *Windsurfing Int'l Inc. v. AMF, Inc.,* 782 F.2d 995, 1003 n. 12 (Fed. Cir.

1986). *See also i4i Ltd. P'ship v. Microsoft Corp.,* 598 F.3d 831, 863 (Fed. Cir. 2010), aff'd, 564

U.S. 91, 131 S. Ct. 2238, 180 L. Ed. 2d 131 (2011) (holding that the infringing party's expenses

in creating the infringing products, consequences such as redesign costs, or loss of the

opportunity for further commercial success should be ignored). The balance of the equities

favors injunctive relief.

## CONCLUSION

For the foregoing reasons, Wildhawk respectfully requests that the Court grant its motion

and issue a temporary injunction against Defendants Brava I.P., LLC, Billibob Boor, Gerald

Edson, Paragon Roof Systems, LLC, and Donna Murphy as follows:

(1)     Defendants Brava I.P., LLC, Billibob Boor, Gerald Edson, and Paragon
        Roof Systems, LLC are enjoined from the manufacture, use, sale, or offer
        for sale of the following composite roofing products: Brava Old World
        Spanish, Brava Shake, Brava Old World Slate and Brava Slate, and any
        similar variations thereof, ████████████████████████████
        ████████████████████████████████████████

(2)     Defendants Brava I.P., LLC, Billibob Boor, Gerald Edson, and Paragon
        Roof Systems, LLC are enjoined from using any and all ████████████
        ████████████████████████████████████████████████
        ████████████████████████████████████████████████
        ████████████████████████████

29

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

████████████████████████████ in the
manufacture, sale, or offer for sale of any composite roofing products,
including without limitation, the Paragon Spanish Tile, Paragon Mission
Tile, Paragon Slate, and Paragon Shake products.

(3)     Defendants Brava I.P., LLC, Billibob Boor, Gerald Edson, Paragon Roof
        Systems, LLC and Donna Murphy are enjoined from soliciting individuals
        and entities that were customers of Wildhawk during the time in which
        Ms. Murphy was employed by Wildhawk.

(4)     Defendants Brava I.P., LLC, Billibob Boor, Gerald Edson, Paragon Roof
        Systems, LLC and Donna Murphy are enjoined from referring to Brava
        Roof Tile or Wildhawk as having any past or present affiliation,
        association or connection with Brava I.P., LLC, Billibob Boor, Gerald
        Edson or Paragon Roof Systems, LLC.

Dated:  December 11, 2020                     Respectfully submitted,

                                             /s/ David T. Bower
                                             Jeffrey D. Harty, AT0003357
                                             David T. Bower, AT0009246
                                             Spencer S. Cady, AT0011812
                                             NYEMASTER GOODE, P.C.
                                             700 Walnut Street, Suite 1600
                                             Des Moines, Iowa 50309
                                             Telephone:  (515) 283-3100
                                             Fax:  (515) 283-3108
                                             Email:  jharty@nyemaster.com
                                             Email:  dbower@nyemaster.com
                                             Email:  scady@nyemaster.com

                                             **ATTORNEYS FOR PLAINTIFF**
                                             **WILDHAWK INVESTMENTS, LLC**

30

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT IN AND FOR JOHNSON COUNTY

| | |
|---|---|
| WILDHAWK INVESTMENTS, LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>BRAVA I.P., LLC; BILLIBOB BOOR, an individual; GERALD EDSON, an individual; PARAGON ROOF SYSTEMS, LLC; and DONNA MURPHY, an individual.<br><br>    Defendants. | Case No. LACV082105<br><br><br>**DECLARATION OF ADAM BRANTMAN** |

I, Adam Brantman, state and declare as follows:

1.      Wildhawk Investments, LLC ("Wildhawk") in an Iowa limited liability company, formed in July 2015.  Wildhawk does business under the name Brava Roof Tile.

2.      I have been a member of Wildhawk since its formation, and have served as Chief Executive Officer for Wildhawk since June 2019.

3.      The information in this Declaration is based on my personal knowledge and my review of company information and records.

## Wildhawk's Acquisition

4.      In January 2015, the principals of what would become Wildhawk entered into discussions with Brava Technologies, LLC ("Brava Technologies"), Brava I.P., LLC ("Brava IP"), Billibob Boor, and Gerald Edson to acquire their businesses.

5.      ███████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████████████
███████████████████████████████████

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



2

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

10.



3

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



**Brava Roof Tile**

17.      Following the acquisition, Wildhawk began doing business under the name Brava Roof Tile.

18.      Brava Roof Tile took over the Brava Defendants' role as a leading manufacturer, distributor, and seller composite roofing products.

19.      Unlike traditional roofing materials like asphalt, shake, tile, or slate, composite roofing products are made from synthetic materials, which provides for greater durability and lifespan, and requires little to no maintenance.

20.      Consumers select composite roofing products for this reason; however, they also

4

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

want a roof that looks good.  Composite roofing products are specifically designed to give the appearance of traditional roofing products – *e.g.* shake, tile, and slate.

21.     Composite roofing products are a premium product, and considerably more expensive than traditional options.

22.     As a premium niche market with very discerning customers, manufacturers like Wildhawk distinguish their products based on the quality and appearance they are able to provide.  As a result, manufacturers of composite roofing products closely-guard their proprietary manufacturing processes, including material formulations and colorization processes.

23.     The composite roofing market is well-defined, with a relatively small list of reputable manufacturers.  Customers are interested in established names, with longevity in the marketplace.  As a result, the composite roofing market is difficult to break into for a new manufacturer.

24.     Wildhawk's product lines include Brava Spanish Barrel (f/k/a Brava Old World Spanish), Brava Cedar Shake (f/k/a Brava Shake), and Brava Old World Slate.  Several of Wildhawk's product offerings are shown below:



www.bravarooftile.com/.



5

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



33.     Serving in that role from 2016 through June 2019, Boor had access to a broad

6

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

range of Wildhawk's confidential, proprietary, and trade secret information, including but not limited to (a) information regarding Wildhawk's customers and prospective customers; (b) customer purchasing history, including products, volumes, and prices; (c) the terms of contracts between Wildhawk and its customers; (d) sales and marketing plans; (e) information on Wildhawk's new product development; and (f) information on Wildhawk's manufacturing and production processes.



**, LLC**

36.     In May 2019, while still serving as a paid consultant for Wildhawk, Boor founded Paragon Roof Systems, LLC ("Paragon").  A true and correct copy of a printout from the Texas Secretary of State's website is attached hereto as Exhibit 7.

37.     Paragon has become a direct competitor of Wildhawk, manufacturing and selling virtually indistinguishable composite roof tile and related accessories.

38.     Its product lines include Spanish Tile, Mission Tile, Slate, and Shake.  Several of Paragon's product offerings are shown below:

7

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

*Paragon Roof Systems Products*



www.paragonroofsystems.com/.

39.     Wildhawk is in possession of several of the Paragon products.  A physical comparison of the Brava Roof Tile products with the Paragon products demonstrates that the Brava Defendants and Paragon continue to utilize Wildhawk's Know-How in the manufacturing of its products, most prominently the proprietary colorization methodologies.  The variegated look of the Brava Roof Tile products is not found in the products of any competitors with the exception of Paragon.  True and correct photographs of the Brava Roof Tile products and Paragon products are attached hereto as Exhibit 8.

40.     Paragon's website (available at https://www.paragonroofsystems.com/) openly acknowledges that Paragon continues to use the proprietary know-how purchased by Wildhawk from the Brava Defendants.  True and correct printouts from Paragon's website are attached hereto as Exhibit 9.

41.     For example, Paragon openly admits that its products were under "development" by the Brava Defendants at the time of the acquisition:

> In 2015, a license was sold to a group to take over the manufacturing and marketing of the three Brava Roof Tile products. This is still an active licensee of the Paragon principles, and we are proud of Brava Roof Tile's industry performance.  The sale of this license allowed <u>for the time to finish</u> developing the Paragon products.

(Exhibit 9 at 6 (emphasis added)).

42.     Paragon also admits that its products were developed from the Brava Defendants'

8

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

historical know-how, all of which was exclusively licensed by and sold to Wildhawk:

> The Paragon product line came about from <u>historical designs</u>, newly engineered features, innovative material technology, and <u>enhanced color capability</u>, which <u>have never come together until now</u>.

(*Id.* at 8 (emphasis added)).

43.      Paragon even admits that it continues to use the same proprietary colorization

process it exclusively licensed and sold to Wildhawk:

> Billibob was the first to invent and patent the multi-coloring process. <u>Anyone offering this process is either licensing from him or trying to copying his technology.</u>

(*Id.* at 4 (emphasis added)).

44.      The same is also evidenced in communications with potential Paragon customers.

For example, in October, 2020 a potential Paragon customer asked Donna Murphy to compare

Brava Roof Tile products with those manufactured by Paragon.  She responded:

> To your questions on Brava and Quarrix, the CEO of Paragon helped to develop the Quarrix tile. When he wanted to improve the material formulation, they decided at the time to not spend extra money, so he parted ways with them. Today, Quarrix cannot pass the higher standards of testing that Paragon passes.
>
> Our CEO did develop the Brava Spanish tile.  In fact, I worked for Brava for 9 yrs. and was one of their top salespeople.   In 2015, the group that now runs Brava took over operations.  Since that happened, there have been quality issues, and when the opportunity arrived, I decided to leave and join Paragon. *The tile that Paragon manufacturers represents the latest and greatest in a series of innovations by Billibob Boor our CEO.*   The material is stronger, the tile has been designed to be gun nailable (a first for the composite industry), and I again have confidence in the quality level.  Recently, Paragon completed a series of wind testing in FL.   Quarrix cannot pass any testing to be able to install in FL. Brava's Spanish tile does pass the testing, but Paragon surpassed Brava's ratings.
>
> *In addition, because Billibob invented Brava and their colors, Paragon can make any color offered by Brava.*
>
> Sorry for the long response, I wanted to make sure you had all the details.   Let me know if there is anything else I can help you with.

A true and correct copy of this email exchange is attached hereto as Exhibit 10.

45.      ███████████████████████████████

███████████████████████████████

9

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



49.     Paragon also advertises the market-recognized certifications obtained by the

Brava Defendants' engineering and product formulations:

> Billibob was the first and only to produce a Class A Spanish tile without the need
> for expensive decking materials or systems.  He was the first and still only one to
> create a Class 4 impact rated Spanish Tile.  He was the first and still only to create
> a composite barrel tile that has Miami Dade NOA approvals.

(Exhibit 9 at 4).  While these claims may be true, they refer to the Brava Roof Tile products

which were acquired by Wildhawk from the Brava Defendants.

50.     Donna Murphy was formerly employed by Wildhawk as a sales representative

from approximately December 15, 2015 through July 10, 2020.

51.     During her employment with Wildhawk, Murphy had access to a broad range of

Wildhawk's confidential, proprietary, and trade secret information, including but not limited to

(a) information regarding Wildhawk's customers and prospective customers; (b) customer

purchasing history, including products, volumes, and prices; (c) the terms of contracts between

10

Wildhawk and its customers; (d) sales and marketing plans; (e) information on Wildhawk's new product development; and (f) information on Wildhawk's manufacturing and production processes.

52.     On July 9, 2020, Murphy, without notice, handed in her resignation from Wildhawk, effective July 10, 2020.

53.     In an exit interview, Murphy expressly denied that she planned to work for Boor or any other entity operated by Boor, Edson, or Brava IP.

54.     Wildhawk subsequently learned that Murphy was assisting Boor and Paragon while still employed by Wildhawk, and officially joined Boor and Paragon as a sales representative shortly after resigning from Wildhawk.  True and correct copies of Wildhawk emails are attached hereto as Exhibit 13.

55.     For example, in responding to a customer inquiry to Wildhawk, Murphy stated:

From: Donna Murphy <donna@bravatile.com>
Date: 3/23/20 7:33 AM (6MT-06:00)
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Re: Brava quotes

Good Morning ▮▮▮▮,

I would say around 4 weeks, barring any interruptions to production.  Just a note, the other company that the parent company of Brava is operating, may be able to produce it faster and for a better price.  This is the website for that company.  https://www.paragonroofsystems.com/  If you want me to have them contact you, I would be happy to do that.  Brava had a price increase on Jan. 1.  It was not a large increase, but I am happy to requote Brava tile for you.

Please let me know if you want a requote or if there is anything I can help you with.

best,

*Donna Murphy*

**BRAVA Roof Tile**
1100 E 7ᵗʰ St.  Washington, IA 52353
Mail to: PO Box 484  Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com

(Exhibit 13 at 12).

11

56.     Murphy falsely told this customer that Paragon is Wildhawk's parent company.

57.     In response to another customer's request for a quotation from Wildhawk, Murphy responded:

> To your idea of purchasing larger volume. We can talk about that. I do want to tell you about another company that the parent company of Brava has. This is the website  https://www.paragonroofsystems.com/
> Brava does not have access to sell these products. The owners also developed all of Brava's products. They manufacture a shake product that is installed as panels instead of individual pieces, but as you can see, the shake is very realistic looking.  The benefits are less pieces per square to install, easier installation, and it is lighter weight so more product can be shipped in a container.
>
> I look forward to working with you.  Let me know if you have any questions, or if you want to see another sample, thank you.
>
> *Donna Murphy*
>
> **BRAVA Roof Tile**
> 1100 E 7th St. | Washington, IA 52353
> Mail to: PO Box 484 | Washington, IA 52353
> Cell: 920-202-2932 | Fax: 866-859-8607
> www.bravarooftile.com |

(Exhibit 13 at 4).

58.     Again, using her Wildhawk email address, Murphy falsely described Paragon as Wildhawk's "parent company", told the customer that the "owners" of Paragon "developed all of [Wildhawk's] products", and that Wildhawk "does not have access to sell these products".

59.     Further, while she was still employed by Wildhawk, Murphy began forwarding proprietary company information to her personal email address.  (Exhibit 14).

60.     Since joining Paragon, Murphy has continued to call on and solicit business from Wildhawk customers.  True and correct copies of emails documenting such solicitations are attached hereto as Exhibit 15.

61.     Wildhawk has lost sales as a result of the Defendants' conduct.  For example, Murphy's solicitation of one Wildhawk customer on behalf of Paragon (while still employed by Wildhawk) resulted in a significant sale by Paragon.

12

62.     Further, according to a Murphy email, Paragon is also now providing composite roofing materials for the developer of a subdivision in Branson, Missouri.  (Exhibit 15 at 7). This was a former Wildhawk account, managed exclusively by Murphy while she was still a Wildhawk employee.

63.     In addition, another Wildhawk customer – Cleve Carter – was working with Murphy while she was still a Wildhawk employee.  According to Paragon reviews found on Google, Carter ultimately elected to purchase product from Paragon.  A true and correct copy of this review is attached hereto at Exhibit 16.

64.     Paragon also openly criticize Wildhawk – ███████████████████████

██████████████████████████████████████████████████████████████

███████ – as nothing more than an investment company:

> There's a reason to choose Paragon.  <u>We are not another investment company owned business.</u>  The founders of Paragon are hands on people involved in all areas of the company.  <u>Paragon does not license or copy their techniques or materials.</u> All of Paragon's products, technology, and machinery are owned and developed personally by Paragon.  One of Paragon's founders, Billibob Boor, has 20 plus years in the composite roofing industry.  The reason Billibob's technology is so different is because he comes from a unique background of automotive engineering and quality control.  <u>Where many companies just make a similar version or copy of other products in the industry, or just acquire a company, Billibob has always looked to create something completely unique that not only performs but has a positive impact on the environment.</u>

(Exhibit 9 at 4 (emphasis added)).

65.     ███████████████████████████████████████████████████████████

████████████████ .

66.     Negative and misleading statements about Wildhawk are also apparently being made to Wildhawk customers.  For example, a customer reported a false rumor that Brava Roof Tile would not be around very long because of its relatively new ownership group.  (Exhibit 17).

13

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

67.     Further, in their discussions with Wildhawk, customers routinely identify other manufacturers they are considering for their projects, which now includes Paragon.  Wildhawk does not win all of the projects on which it bids; accordingly, it is reasonable to infer that Paragon is winning some of these projects.

68.     A majority of Wildhawk's sales leads are generated digitally, primarily through internet search engine optimization strategies.  As a result of Paragon's use of the "Brava Roof Tile" name, potential customers are likely driven to the Paragon website.

69.     Indeed, customers continue to express confusion regarding the alleged affiliation between Wildhawk and Paragon/Boor, and regularly identify (as advertised on Paragon's website) that Paragon/Boor were the "inventors" of Brava Roof Tile.

70.     Several of Wildhawk's material suppliers have also advised Wildhawk that Boor has contacted them to obtain the same materials used by the Brava Defendants prior to the Acquisition (and used by Wildhawk today), to manufacture composite roofing products.

71.     Wildhawk has been forced compete against products ███████████████████ ████████████████████████████████████████████████████████████████ .

72.     As a result, Wildhawk's niche within the composite roofing market is under attack by Paragon, the Brava Defendants, and Murphy.

73.     If this conduct is permitted to continue, Wildhawk will be forced to decide between a continued loss to its market share or taking other measures, such as a reduction in pricing for its proprietary products.

14

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Pursuant to Iowa Code § 622.1, I hereby certify, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and information.

Adam Brantman

SUBSCRIBED AND SWORN TO before me, the undersigned Notary Public, this __8__ day of December, 2020.

NOTARY PUBLIC

RENEE L. REID
Commission Number 744591
My Commission Expires
12/28/2021

MY COMMISSION EXPIRES:
12.28.2021

15

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Exhibit 1
Page 1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# **<u>EXHIBIT 2</u>**

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



Exhibit 2
Page 1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# **EXHIBIT 3**





E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 4

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



Exhibit 4
Page 1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 5



E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# **<u>EXHIBIT 6</u>**



E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 7

12/7/2020
Taxable Entity Search Results

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# Taxable Entity Search Results

for the search string  :  paragon roof systems

ions about the search results, send an email to tax.help@cpa.texas.gov  or call 1-800-252-1386.

## Franchise Tax Account Status

As of : 12/07/2020 09:06:38

| Results | |
|---|---|
| This page is valid for most business transactions but is not sufficient for filings with the Secretary of State | |
| Name | PARAGON ROOF SYSTEMS LLC |
| Taxpayers ID# | 32070660025 |
| Zip | 76049 |

**PARAGON ROOF SYSTEMS LLC**

| | |
|---|---|
| Texas Taxpayer Number | 32070660025 |
| Mailing Address | 112 MAVERICK CT GRANBURY, TX 76049-1381 |
| ❓ Right to Transact Business in Texas | ACTIVE |
| State of Formation | TX |
| Effective SOS Registration Date | 05/08/2019 |
| Texas SOS File Number | 0803313833 |
| Registered Agent Name | UNIVERSAL REGISTERED AGENTS, INC. |
| Registered Office Street Address | 112 MAVERICK CT. GRANBURY, TX 79409 |

Ex. A, p. 102

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 8





E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 9

A New Standard In Composite Roofing | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



# Paragon Sets A New Standard In Composite Roofing

FIND OUT HOW

## A MODEL OF EXCELLENCE

Composite roofing has made its mark in the roofing industry as the fastest growing market over the last decade and the inventors of Paragon's products have been at the leading edge of that market since 1999. Paragon is not just a name, it represents our attitude towards developing the best composite roofing on the planet! Paragon's products are the perfect example of the top products in the composite roofing industry, the pinnacle of quality, performance, looks, and price. New material performance and unique features translate to easier installation, superior performance, and stylish designs, all while saving you money.

Paragon Roof Systems proudly manufactures in the United States utilizing the latest in recycled composite roofing technology. Using the most innovative materials, processes, and designs on the market, Paragon offers composite High Barrel Spanish roof tile, Mission roof tile, Natura Shake and Natura Slate.

See why Paragon does indeed mean "a model of excellence!"

| SPANISH TILE | > | MISSION TILE | > | SLATE ROOFING | > | SHAKE ROOFING | > |

Ex. A, p. 107

12/7/2020

A New Standard In Composite Roofing | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

## WHAT OUR CUSTOMERS SAY

"..when my contractor introduced me to the latest Paragon synthetic cedar shake I was sure it met all my upgrade requirements. I could not be happier with my new Paragon synthetic cedar shake roof. From evaluating the samples to ultimately seeing my installed roof, I am convinced my choice of the Paragon product is the undisputed best. "

— Louis | Homeowner – Dallas, TX

"We were very pleased with the Paragon shakes that we used on our Champion Ranch project! The Paragon shakes themselves are a very well-designed product! The water drain channels built into the shakes are a really nice design feature, and their ability to interlock with one another will really help protect against wind uplift."

— Lee | Pahmiyer Roofing

BENEFITS OF COMPOSITE                                                    >

EASE OF INSTALLATION                                                    >

HAVE QUESTIONS? GET ANSWERS                                            >

Ex. A, p. 108

A New Standard In Composite Roofing | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Paragon Roof Systems
13003 Hufsmister Rd
Cypress, Texas 77429
888-AI7-9518

Composite Roofing
Paragon Roofing Benefits
Composite Roof Installation

Frequently Asked Questions
About Us
Contact Us
Blog

877-295-7056

Proudly Supporting Veterans

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

Website Design and Search Engine Optimization by Genius Communications

Proudly Made In America

Ex. A, p. 109

12/7/2020
About Us | Composite Roofing | Paragon Roof Systems
E-FILED 2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



Home » About Us

# About Us

**Paragon** is not just a company. It is not just a name or a product. Paragon is a commitment to all our customers and to the composite industry itself. Paragon Roof Systems embodies the epitome of excellence on all levels. Paragon cherishes the ideals of perfection whether it is in its products or in the personal relationships we establish with our clients. Paragon strives to offer the utmost in customer service, thereby exceeding expectations, to complement their superior products.

There's a reason to choose Paragon. We are not another investment company owned business. The founders of Paragon are hands on people involved in all areas of the company. Paragon does not license or copy their techniques or materials. All of Paragon's products, technology, and machinery are owned and developed personally by Paragon. One of Paragon's founders, Billibob Boor, has 20 plus years in the composite roofing industry. The reason Billibob's technology is so different is because he comes from a unique background of automotive engineering and quality control. Where many companies just make a similar version or copy of other products in the industry, or just acquire a company, Billibob has always looked to create something completely unique that not only performs but has a positive impact on the environment. That is why he and his team engineers everything utilizing as much quality recycled material as possible. His quality control background and respect for the industry is why he spent almost two years interviewing leading roofing companies and roofing artisans asking what the problems were with traditional products and what they would do to better the industry and products. It was this information that he used as his benchmark on his first products that changed industry standards. It is this same process again that is being used to yet again change the industry.

Billibob was the first to invent and patent the multi-coloring process. Anyone offering this process is either licensing from him or trying to copying his technology. Billibob was the first and only to produce a Class A Spanish tile without the need for expensive decking materials or systems. He was the first and still only one to create a Class 4 impact rated Spanish Tile. He was the first and still only one to create a composite barrel tile that has Miami Dade NOA approvals.

Paragon has come from his vision for the future and his experience in the past, his thought to never be happy or complacent with where we are at, to continue to use the drive inside us to make things better, to create a product that truly is a performer, to have a lifetime warranty with actual ratings to stand behind, to make these products more affordable so more of the world's hard working people can afford to have a quality roof and the look they want without breaking the bank. to have true to life looks and easier installation. He has used his experience and vision, along with the wonderful team of hard working people at Paragon to give you an ally in your search for a roofing product.

Welcome to the Paragon family. Let us help you with whatever your needs are. We look forward to showing you why we picked the name Paragon.

Download our Composite Roofing Warranty.

Paragon Roof Systems
13503 Hufsmith Kohrville Rd
Cypress, Texas 77429
(281) 351-6536

Composite Roof Tile
Paragon Roofing Experts
Composite Roof Installation

Paragon - www.paragonroof.p
About Us
Contact Us
Blog

877-295-7056

Ex. A, p. 110

12/7/2020

About Us | Composite Roofing | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Proudly Supporting Veterans

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

 Proudly Made In America

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



# WHO IS PARAGON ROOF SYSTEMS?

Posted March 2, 2020 in News

Paragon is a new company backed by industry leading inventors with more than 20 years in the composite roofing field. The founders of Paragon are also the technology inventors and owners of both the Titan Roof System materials and the Brava Roof Tile materials.

Titan was sold in 2008 after the market crash. Brava Roof Tile was then launched and grew at a rapid rate. In 2015, a license was sold to a group to take over the manufacturing and marketing of the three Brava Roof Tile products. This is still an active licensee of the Paragon principles, and we are proud of Brava Roof Tile's industry performance. The sale of this license allowed for the time to finish developing the Paragon products.

The Paragon product line came about from historical designs, newly engineered features, innovative material technology, and enhanced color capability, which have never come together until now. This combination allows for the manufacturing of Natura Slate, Natura Shake, Mission Tile, and Spanish Tile in a high barrel design. All of these products are setting new benchmarks for industry in terms of aesthetics, performance, and cost.

Paragon is the new complete package for roofing products. We are proud to be elevating customer experience and respect through our standards for customer service.

**Subscribe to Our Blog!**

First Name *

Last Name *

Email *

SUBSCRIBE

**Recent Posts**

- Modern Flat Concrete – Another Industry First from Paragon
- Paragon High Barrel Spanish Tile Sets New Industry Standard
- Paragon Roofing Systems is Proud to Launch Our New Website
- Who is Paragon Roof Systems?

**Categories**

- News
- Product Updates

Paragon Roof Systems
13902 Huffmeister Rd
Cypress, Texas 77429
(281) 747-9548

877-295-7056

Ex. A, p. 112

Who is Paragon Roof Systems? | Paragon Blog

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Proudly Supporting Veterans

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

 Proudly Made In America

Ex. A, p. 113

12/7/2020

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Paragon Roofing Systems is Proud to Launch Our New Website | Paragon Blog

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



# Paragon Roofing Systems is Proud to Launch Our New Website

Posted March 2, 2020 in News

Paragon Roofing Systems is excited to announce the successful launch of our new company website. Our recently developed online home features extensive information on the complete line of Paragon composite roofing products.

## About Paragon Roof Systems

Paragon Roof System is a new company, but not new to the roofing industry. Our team was founded by industry leading inventors with more than 20 years of experience in composite roofing. The technology inventors and owners of both the Titan Roof System materials and the Brava Roof Tile materials are the founders of Paragon Roof Systems. Paragon products are the culmination of historical design inspiration, newly engineered features, innovative material technology, and enhanced color capabilities, which have never been combined until now.

## About Our Composite Roofing Website

Three main sections will provide visitors with a comprehensive overview of our product line, including: Composite Roofing, Paragon Benefits, and Composite Roof Installation. The Composite Roofing section includes an introduction to our product line as well as details about our Spanish Tile Roofing, Mission Tile Roofing, Slate Roofing, and Shake Roofing. Each product page lists benefits, specs, and accessories, and includes beautiful photographs of our design selections.

## In our Paragon Benefits section, visitors will learn more about our:

- Custom Tile Roofing
- Eco-Friendly Roofing
- Hail Resistant Roofing
- Lightweight Roofing Tiles

Helpful overviews of our various types of roofing installations are found in the Composite Roof Installation section, along with a comprehensive downloadable guide. This section also includes information on how to become preferred Paragon installer.

In addition to these three main sections, visitors will be able to learn more about Paragon Roofing Systems in the About Us section. They can also browse questions and answers about Paragon and our composite roofing products in the FAQ section.

### Subscribe to Our Blog!

First Name *

Last Name *

Email *

SUBSCRIBE

### Recent Posts

- Natura Slate Makes a Splash in Dallas
- Modern Flat Concrete – Another Industry First from Paragon
- Paragon High Barrel Spanish Tile Sets New Industry Standard
- Paragon Roofing Systems is Proud to Launch Our New Website
- Who is Paragon Roof Systems?

### Categories

- News
- Product Updates
- Projects

Ex. A, p. 114

12/7/2020

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Paragon Roofing Systems is Proud to Launch Our New Website | Paragon Blog

We invite you to take some time to browse our new website and check out all of the roofing products we offer. If you have additional questions or would like to learn more. we invite you to give us a call or contact us using our simple online contact form!

Paragon Roof Systems
13103 Huffmeister Rd
Cypress, Texas 77429
(281) 241-9518

Composite Roofing
Paragon Roofing Benefits
Composite Roof Installation

Frequently Asked Questions
About Us
Contact Us
Blog

877-295-7056

Proudly Supporting Veterans

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

 Proudly Made in America

Ex. A, p. 115

11/10/2020

Composite Roofing | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

877-295-7056

877-295-7056



# COMPOSITE ROOFING

Composite roofing has made its mark in the roofing industry as the fastest growing market in the last decade. Composite roofing offers consumers distinct benefits including:

- Fire Resistance
- Resistance to Mold and Algae
- Ability to Replace Shingles Individually
- Resistance to Cracking, Splitting, and Warping
- Durable, Long Service Life
- UV Resistance
- Wide Selection of Colors, Shapes, and Sizes

## PARAGON INNOVATION LEADS THE COMPOSITE ROOFING INDUSTRY

The inventors of Paragon composite roofing products have been at the leading edge of the composite market since 1999. Paragon was:

- First to achieve class A products without the use of special underlayments
- First and only manufacturer to achieve Class A over spaced sheathing with no special underlayments
- First and only composite technology on the market to make a barrel tile that will pass Miami Dade

Today, Paragon is taking product performance to a completely new level with the top products in the composite roofing industry. Paragon roofing products represent the pinnacle of quality, performance, looks, and price. New advanced materials and unique patent-pending features mean easier installation and superior performance. These advantages and our impressive designs allow our clients to enjoy a beautiful, high performance roof, while also saving money.

Paragon composite roofing products offer the added benefit of being a truly eco-friendly roofing choice because they are fabricated from recycled plastics, not virgin plastics like some other composite roofing manufacturers.

The Paragon line includes a comprehensive selection of composite roofing options: Spanish tile roofing, mission tile roofing, slate roofing, and shake roofing.

Paragon Roof Systems proudly manufactures in the United States using industry-leading composite roofing technology.

Paragon Roof Systems
15003 Hutt Trester Rd
Cwakey Texas 77428
(469) 747-0218

Unique Technology
Paragon Roofing Products
Composite Roof Installation

Resources, Forms, & Articles
FAQ Blog
Contact Us
Blog

877-295-7056

https://www.paragonroofsystems.com/composite-roofing/                                        1/2

Ex. A, p. 116

11/10/2020                                    Composite Roofing | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Proudly Supporting Veterans

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

 Proudly Made In America

Ex. A, p. 117

11/10/2020
Custom Tile Roofing | Benefits | Paragon Roof Systems
E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



Home » Paragon Roofing Benefits » Custom Tile Roofing

# CUSTOM TILE ROOFING

## PARAGON OFFERS YOU AMAZING CUSTOM TILE ROOFING CAPABILITIES.

If you can imagine your dream roof, Paragon will help you realize that dream! The Paragon promise of exceptional customer service includes helping you through the challenging task of achieving the special look you desire for your home. Our custom tile roofing capabilities allow us to do just that.

Paragon custom tile roofing allows homeowners to choose a product made from superior materials that delivers a superior level of performance. Not only will our custom roofing color capabilities allow you to match the color you envision, our beautiful profiles of shake, slate, or barrel tile will complete your desired look.

Paragon custom tile roofing capabilities include the ability to match old profiles of clay, concrete, and other materials that are no longer in production. Our custom tile roofing is ideal for insurance repairs or historical renovations. Now your restoration can keep the look it was meant to have.

Paragon develops and produces their own machinery and molds in house, keeping the overhead low and passing those savings on to the people we appreciate most – our customers.

You can place your confidence in Paragon. Your new roof is within your grasp.

Paragon Roof Systems
13693 Huffmeister Rd
Cypress, Texas 77429
(832) 521-9558

877-295-7056

  Proudly Made in America

Ex. A, p. 118

11/10/2020

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



Home » Paragon Roofing Benefits » Eco Friendly Roofing

# Eco Friendly Roofing

## PARAGON CARES ABOUT THE ENVIRONMENT JUST AS YOU DO.

Just as we are committed to providing you with a beautiful, high-performance roof, Paragon is equally committed to honoring the environment. That is why we are diligent in our use of high-quality recycled material to produce the best performing eco-friendly roofing products.

Eco-friendly roofing materials reduce landfill waste and the need to process raw materials, which effectively reduces energy consumption and pollution, while preserving natural resources.

## THE PARAGON ECO-FRIENDLY ROOFING DIFFERENCE

To promote good stewardship on this planet, the founders of Paragon have historically utilized over 35 million pounds of recycled polymer material in our eco-friendly roofing products. While other composite roofing manufacturers use only virgin materials, we choose the use of superior quality recycled materials as a more sustainable approach.

Not only is Paragon eco-friendly roofing a more responsible choice, other composites simply do not compare to the quality of Paragon.

Paragon Roof Systems
15901 Huffmeister Rd
Cypress, Texas 77429
(281) 257-0519

877-295-7056

Composite Roofing

Paragon Roofing Systems

Composite Roof Installation

Frequently Asked Questions

About Us

Contact Us

FAQ

Proudly Supporting Veterans

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

 Proudly Made In America

Ex. A, p. 119

Hail Resistant Roofing | Benefits | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



Home » Paragon Roofing Benefits » Hail Resistant Roofing

# HAIL RESISTANT ROOFING

## PARAGON ROOFING STANDS UP TO NATURE'S MOST DAMAGING THREAT.

Hail is one of the most prevalent weather issues threatening roofing structures across the country. Every year countless homes around the United States are damaged by hail. Paragon is fighting that trend with the strongest hail resistant roofing products on the market.

Having Paragon hail resistant roofing on your home or business gives it a blanket of protection. Paragon backs our products against damage from hail 1 3/4" in diameter. Offering a true hail warranty, we stand behind the performance of our products by actually warranting the products for hail damage.

## PARAGON PROTECTS YOUR STRUCTURE WITH CLASS 4 RATED COMPOSITE ROOFING PRODUCTS.

UL 2218 classification sets the national standard for roof impact resistance by rating materials from Class 1 through 4, based on their resistance to impact testing with steel balls simulating 90-mph hailstones of varying sizes. A Class 4 rating is the toughest, and Paragon hail resistant roofing has earned it. Our Class 4 hail rating may also translate into insurance savings for you.

Paragon has done extensive testing to make sure we are the best in the market with hail resistant roofing that will stand up to weather's most punishing affects.

Paragon Roof Systems

13754 Midway Rd

Dallas, Texas 75252

(817) 727-5518

Residential Roofing

Paragon Roofing Benefits

Commercial Roof Installation

Frequently Asked Questions

About Us

Contact Us

Blog

877-295-7056

Proudly Serving the US area

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

  Proudly Made In America

Ex. A, p. 120

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

877-295-7056

877-295-7056



Home » Paragon Roofing Benefits » Lightweight Roof Tiles

# LIGHTWEIGHT ROOF TILES

## PARAGON DELIVERS THE BENEFITS OF AUTHENTIC TILE IN A LIGHTWEIGHT ROOFING PRODUCT.

Tile is a classic roofing material, prized for its beauty and high degree of durability. Traditionally, most tile roofing has been made from slate, fired clay, or terra cotta. Consequently, a serious drawback to using tile roofing is the extreme weight of these materials, as well as the cost.

The weight of traditional roof tile has been a problem not only for new construction, but especially in the case of a roof replacement. In most cases if the original roof installation was asphalt, a structure may not be properly engineered to bear the weight of a tile roof. Paragon lightweight roofing tiles eliminate this problem with a composite product that delivers the beauty and durability of traditional tile roof but weighing significantly less than actual tile.

## PARAGON LIGHTWEIGHT ROOFING TILES PROVIDE LASTING PERFORMANCE.

Paragon has devoted over 20 years of experience to developing industry-leading roofing technology that provides a new level of material performance. Key advantages of our lightweight roofing tiles include:

- Fewer pieces per square – less chance of leaks
- Designed for faster installation
- Lower material costs – no need for special order nails
- High-strength durable materials
- Highly customizable
- Environmentally friendly

Paragon lightweight roofing tile products are designed to meet the needs of contractors and homeowners alike. From improving aesthetics and installation techniques to extending service life and minimizing product cost, Paragon develops roofing solutions that never sacrifice performance and quality.

Paragon Roof Systems
13501 Hollister Rd
Cypress, Texas 77429
469-767-9536

Lightweight Roofing
Paragon Roof Benefits
Composite Roof Industries

Request a Free Quote Now
About Us
Contact Us
Blog

877-295-7056

Ex. A, p. 121

Lightweight Roofing Tiles | Benefits | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

Proudly Made In America

Ex. A, p. 122

11/10/2020

Mission Tile Roofing | Composite | Paragon Roof Systems
E-FILED 2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



Home » Composite Roofing » Mission Tile Roofing

# MISSION TILE ROOFING

Inspired by Italian, French, and Spanish architecture, mission tile is a predominant style in the tile roofing family. Mission tile roofing is prized for its distinctive look that changes as sunlight casts changing shadows across the roof surface. Paragon has taken Mission tile roofing to a new level with our **composite double roman curved mission tile roofing**.

Choosing this beautiful mission tile roofing with its **revolutionary installation efficiency level** is a win for both homeowners and contractors. Installers will welcome the **auto locating nail gun guide feature** when choosing Paragon mission tile roofing for their projects.

Like nothing ever seen before in the roofing industry, our mission tile roofing has **85 pieces per square and weighs only 230 lbs.**, making it the **lightest composite barrel tile on the market**. Lighter than architectural shingle, Paragon mission tile roofing is a great option for both new construction and re-roofs.

## STANDARD COLORS

Paragon can develop any custom color you'd like, even color match an existing home or roof.

TERRA COTTA          CANYON CREEK          SEDONA          STEEL TAN

REQUEST A QUOTE

BENEFITS     SPECS     ACCESSORIES

## BENEFITS

- Highest quality and lightest composite tile available
- Designed with revolutionary nail gun guide for ease of installation
- Made from 100% recycled plastic for positive environmental impact
- Durable design for impact and hail resistance

Ex. A, p. 123

Mission Tile Roofing | Composite | Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

- Economical alternative to clay or concrete roof tiles
- Available in both variegated and solid colors

Paragon Roof Systems

13303 Muffinrotter Rd
Cypress, Texas 77429
(281) 217-9616

877-295-7056

Compass Roofing

Paragon Roofing Benefits

Composite Roof Installers

Frequently Asked Questions

About Us

Contact Us

Blog

Repair: Supporting Veterans

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

 Proudly Made in America

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

FAQ | BLOG | ABOUT US | CONTACT US |

877-295-7056

877-295-7056



# MODERN FLAT CONCRETE – ANOTHER INDUSTRY FIRST FROM PARAGON

Posted November 2, 2020 in Product Updates

Paragon has achieved another first with the introduction of its composite Modern Flat Concrete profile. The innovative team behind Titan and Brava roofing products has developed the first synthetic flat concrete profile to ever hit the market.

Always on the cutting edge of innovation, Paragon identified a need in the roofing industry. Customers who want to replace concrete flat tile, but also want the convenience of a composite product, were in need of a new type of composite product. Paragon's composite Modern Flat Concrete profile is lightweight, extremely durable, and very attractive. This option is now available in a composite flat tile that avoids the extreme weight of concrete and is ideal for all roofing applications.



**Subscribe to Our Blog!**

First Name *

Last Name *

Email *

SUBSCRIBE

**Recent Posts**
- Modern Flat Concrete – Another Industry First from Paragon
- Paragon High Barrel Spanish Tile Sets New Industry Standard
- Paragon Roofing Systems is Proud to Launch Our New Website
- Who is Paragon Roof Systems?

**Categories**
- News
- Product Updates

Paragon Modern Flat Concrete Exclusive Advantages:

- 7-10 lbs lighter per sq foot of roof
- Finished installation costs less due to labor savings
- Stronger and walkable without damaging product

Ex. A, p. 125

Modern Flat Concrete - Another Industry First from Paragon - Paragon Roof Systems

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



- Will not grow mold or mildew like concrete does
- Gun nailable, unlike concrete
- No additional supports needed for weight
- Class 4 impact versus concrete class 2

Offering a different appearance than a slate profile, homeowners can now choose the look of flat, square-edged composite tile.

Paragon's Modern Flat Concrete is part of the Natura line, offering the benefits of easy installation and the best warranty in the industry.

Paragon Roof Systems
12003 Huffmeister Rd
Cypress, Texas 77429
(951) 747-0655

Composite Roofing
Paragon Roof vs Benefits
Composite Roof Installation

Frequently Asked Questions
About us
Contact Us
Blog

877-295-7056

Proudly Supporting Veterans

© 2020 Paragon Roof Systems. All Rights Reserved | Site Map | Privacy Policy

 Proudly Made in America

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 10

Redaction - Attorney-Client Privileged 2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**From:** aaron scholl
**Sent:** Friday, October 9, 2020 1:57 PM
**To:** Jimmy Clark
**Subject:** Fwd: FW: Samples

Latest addition.


AARON SCHOLL
319-331-8705
hawkey02@gmail.com



---------- Forwarded message ---------
From: **Riley scholl** <eagle123463@outlook.com>
Date: Fri, Oct 9, 2020 at 1:52 PM
Subject: FW: Samples
To: aaron scholl <hawkey02@gmail.com>

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Donna Murphy <donna.murphy@prstile.com>
Date: 10/9/20 9:30 AM (GMT-06:00)
To: Riley scholl <eagle123463@outlook.com>
Subject: Re: Samples

Hi Riley,

Whenever you get your final plans, send them to me and I will prepare a quote for you, or if you'd rather go through your contractor and have them get the quote, that is fine.

To your questions on Brava and Quarrix, the CEO of Paragon helped to develop the Quarrix tile. When he wanted to improve the material formulation, they decided at the time to not spend extra money, so he parted ways with them. Today, Quarrix cannot pass the higher standards of testing that Paragon passes.

Our CEO did develop the Brava Spanish tile.  In fact, I worked for Brava for 9 yrs. and was one of their top salespeople.   In 2015, the group that now runs Brava took over operations.  Since that happened, there have been quality issues, and when the opportunity arrived, I decided to leave and join Paragon.   The tile that Paragon manufacturers represents the latest and greatest in a series of innovations by Billibob Boor our CEO.   The material is stronger, the tile has been designed to be gun nailable (a first for the composite industry), and I again have confidence in the quality level. Recently, Paragon completed a series of wind testing in FL.   Quarrix cannot pass any testing to be able to install in FL.   Brava's Spanish tile does pass the testing, but Paragon surpassed Brava's ratings.

In addition, because Billibob invented Brava and their colors, Paragon can make any color offered by Brava.

Sorry for the long response, I wanted to make sure you had all the details.   Let me know if there is anything else I can help you with.

Regards,

Donna Murphy
Sales Rep.
Paragon Roof Systems
www.paragonroofsystems.com
920-202-2932

From: Riley scholl <eagle123463@outlook.com>
Sent: Thursday, October 8, 2020 4:37 PM

2

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**To:** Donna Murphy <donna.murphy@prstile.com>
**Subject:** Re: Samples

That's great!  Thanks for the location.  My wife and I will take a drive this weekend.

As far as our roof plans we're still working on finalizing the plans so it may be a little bit before we will have them completed.  We just want to have all your ducks in a row so that once they are done I know what you want to do for the majority of the house.

I came across Brava and Quarrix in doing my research.  How do the material of these products compare?  How long as Paragon Systems been around? Sorry for all the questions.

Thanks in advance,
Riley
(417)414-9812

**From:** Donna Murphy <donna.murphy@prstile.com>
**Sent:** Thursday, October 8, 2020 9:59 AM
**To:** Riley scholl <eagle123463@outlook.com>
**Subject:** Re: Samples

Riley,

There is a Paragon installation at 237 Siena Blvd. in Branson.  The contractor in the subdivision is also installing 6 more roofs, they just aren't on yet.  Originally, that subdivision used Brava spanish tile.  However, recently they switched to Paragon for better pricing, higher quality, and better aesthetics.  Let me know if you have any questions, thank you.

Regards,

Donna Murphy
Sales Rep.
Paragon Roof Systems
www.paragonroofsystems.com
920-202-2932

**From:** Riley scholl <eagle123463@outlook.com>
**Sent:** Wednesday, October 7, 2020 5:31 PM
**To:** Donna Murphy <donna.murphy@prstile.com>
**Subject:** Re: Samples

Thanks Donna, Branson is great!  We're only 20 mins drive away.  If you have any addresses I can probably get a view as Branson is a very hilly area.

**From:** Donna Murphy <donna.murphy@prstile.com>
**Sent:** Wednesday, October 7, 2020 11:50 AM

3

Ex. A, p. 130

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**To:** Riley scholl <eagle123463@outlook.com>
**Subject:** Re: Samples

Hi Riley,

We have some installs in Branson, but it is a gated community.  I am checking to see if you could get in there.   If you have a roof plan and elevations, I could prepare a quote for you if you'd like.  Let me know, thank you.

Regards,

Donna Murphy
Sales Rep.
Paragon Roof Systems
www.paragonroofsystems.com
920-202-2932

**From:** Riley scholl <eagle123463@outlook.com>
**Sent:** Tuesday, October 6, 2020 3:22 PM
**To:** Donna Murphy <donna.murphy@prstile.com>
**Subject:** Samples

Donna,
Thanks for taking the time to talk to me today.  I apologize for the shortness of my call.  This has been a busy week.

I wanted to confirm the address for these samples:
602 S Jewel Ct
Nixa Mo 65714

Also do you have any install of Paragon's products in S.W. Missouri I can view?

Regards,
Riley
(417)414-9812

4

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 11



E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 12



E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 13

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privileged

**From:** Donna Murphy
**Sent:** Thursday, April 16, 2020 10:27 AM
**To:**
**Subject:** permission

Good Morning

I hope both of you are doing well.  I wanted to ask if you mind if Billibob came over and took some drone footage of your roof?  We would not share your location or any specifics.  Would that be okay?  Thank you.

*Donna Murphy*

**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**If you are happy with our customer service, please click here to let us know by leaving us a review on Google!**

2

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privileged



**Sent:** Friday, March 20, 2020 12:28 PM
**To:**
**Subject:** Re: Brava Roof Tile

Hi Chris,

Attached is your quote.  If you'd like to see a sample of Lake Forest, let me know and I will get that out to you.  Lake Forest is an aged grayish color with a greenish tinge.   I did not quote solids for your roof.  Solids have a solid back with no ribs/cavity backs.   Solids can be used in valleys and on gables.  If you are doing closed valleys, they aren't really necessary.  At the gables, if you are not

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

planning on doing any overhang, but installing the shake just to the edge of the decking, solids aren't necessary. If you want me to change that, let me know.
Also, as a note, Brava can make white shake, but it is more expensive since it is harder to manufacture.

"Concave Juncture   • This metal flashing is similar to the convex type and is installed to cover the top of the roof slope and the bottom four inches of the wall before the final course of shake shingles is installed."

If the pitch change is gradually and not real steep, you probably would not need to use additional starters.

To your idea of purchasing larger volume. We can talk about that. I do want to tell you about another company that the parent company of Brava has. This is the website  https://www.paragonroofsystems.com/
Brava does not have access to sell these products. The owners also developed all of Brava's products. They manufacture a shake product that is installed as panels instead of individual pieces, but as you can see, the shake is very realistic looking.   The benefits are less pieces per square to install, easier installation, and it is lighter weight so more product can be shipped in a container.

I look forward to working with you.  Let me know if you have any questions, or if you want to see another sample, thank you.


*Donna Murphy*




**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
Mail to: PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |


**If you are happy with our customer service, please click here to let us know by leaving us a review on Google!**

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



**From:** ▇▇▇▇▇▇▇▇▇
**Sent:** Friday, March 20, 2020 9:47 AM
**To:** Donna Murphy <donna@bravatile.com>
**Subject:** RE: Brava Roof Tile

Hi Donna,
Thanks for the samples. Maybe we can work up a quote.  Also, I would be interested in exploring possibility of doing some larger volume with you, will send you a video to give you the idea of the damage done to the island – lots and lots of homes need new roofs.

Here are the details that I know:

1200 sq ft of roof.
25 ft of ridge cap at a 6/12 or 7/12.
40 ft of ridge cap at a 4/12
120 ft of starter.
Anythig special for along the rake?  I haven't measured rakes but there is about 100 ft of rake line, give or take a bit.

In terms of color – you sent me Chesapeake samples, I thought something like lake forest – a bit grayer or lighter might work well with surrounding roofs.   Your thoughts?

3

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



Here's the roof line post hurricane Dorian.  Most roofs on the island are shasta white shingles or white Bermuda roofs. Also, what to do at the pitch change – do you just flash over the top course of shingles and do you need another set of starter shingles there?



With a forwarding address to Bahamas, but I'll have them consolidate several shipments.  Final port of call will be MHH – Marsh Harbor, Bahamas.

Thanks



**From:** Donna Murphy <donna@bravatile.com>
**Sent:** Thursday, March 12, 2020 12:01 PM
**To:** Chris Seitz <chris.seitz@enowa.com>
**Subject:** Re: Brava Roof Tile

Hi Chris,

4

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Thank you for getting back to me.  Brava has tested their shake product to Miami Dade standards in Florida.  This is a link to NOA which will give you some information.  http://www.miamidade.gov/building/library/productcontrol/noa/19031907.pdf
For high wind application, the exposure is changed from 10" to 8".  The fasteners "Each shake is installed with (2) two 1/8" diameter stainless steel ring shank nails of sufficient length to penetrate through the sheathing a minimum 3/16" of an inch, through the designated nail holes."

Yes, you can use the water that you collect.  Per the testing we have conducted, no leaching occurred.

The cost of Brava shake at 8" exposure with accessories would be in the general area of $550/sq.  That is a ball park figure because the number of starters, caps, solids, will affect it.

Regarding solar panels, they need to be used with brackets that need to be attached to the deck.  The solar panels cannot be attached direct to the shake, there needs to be a space between the shake and the panels.

Brava will ship to a port in Florida.  At that point, you would have to arrange the ocean transportation and any importing paperwork.

Please let me know if you have any questions, thank you.

*Donna Murphy*



**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
Mail to: PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |

**If you are happy with our customer service, please click here to let us know by leaving us a review on Google!**

5

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



**From:** ████████████
**Sent:** Thursday, March 12, 2020 10:11 AM
**To:** Donna Murphy <donna@bravatile.com>
**Subject:** RE: Brava Roof Tile

Hi Donna,
I have a house in the Bahamas close to ocean in a hurricane zone.  Four questions – how to you attach to mitigate high wind, and is it safe for drinking water catchment?  We all have cisterns there fed from the roof.  What's the cost?  An how would you attach solar panels above?

Thanks,
Chris

**From:** Donna Murphy <donna@bravatile.com>
**Sent:** Thursday, March 12, 2020 9:52 AM
**To:** 

Hello ████

Thank you for contacting Brava Roof Tile.   How can I help you?  Are you interested in information about Brava Shake?  I look forward to working with you.

regards,

*Donna Murphy*

6

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |

**If you are happy with our customer service, please click here to let us know by leaving us a review on Google!**



Ex. A, p. 145

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privileged

**From:** Donna Murphy <donna@bravatile.com>
**Sent:** Monday, March 23, 2020 11:20 AM
**To:** ████████████████████████
**Subject:** Re: Brava quotes

Hi 

Here is your updated Brava quote.  The Paragon quote will come from the owner of Paragon.  I know he is working on it.  Let me know if you have any questions, thank you.

*Donna Murphy*



**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
**Cell:** 920-202-2932 | **Fax:** 866-859-8607
www.bravarooftile.com |

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**If you are happy with our customer service, please click here to let us know by leaving us a review on Google!**

**From:** █████████████████████
**Sent:** Monday, March 23, 2020 7:42 AM
**To:** Donna Murphy <donna@bravatile.com>
**Cc:** ████████████████████████████████
**Subject:** Re: Brava quotes

Donna,

Please send me an updated Brava quote.

Please send me a quote from Paragon that matches what was specified in the spec for hotel.

Please send me a sample of specified product from Brava and alternate product from Paragon.



Can I get samples this week?

Thanks,

2

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT



-------- Original message --------
From: Donna Murphy <donna@bravatile.com>
Date: 3/23/20 7:33 AM (GMT-06:00)
To: Kevin Cheeks <kevin@openairproductsusa.com>
Subject: Re: Brava quotes

Good Morning Kevin,

I would say around 4 weeks, barring any interruptions to production.  Just a note, the other company that the parent company of Brava is operating, may be able to produce it faster and for a better price.  This is the website for that company.  https://www.paragonroofsystems.com/   If you want me to have them contact you, I would be happy to do that.  Brava had a price increase on Jan. 1.   It was not a large increase, but I am happy to requote Brava tile for you.

Please let me know if you want a requote or if there is anything I can help you with.

best,


*Donna Murphy*



**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
Cell: 920-202-2932 | Fax: 866-859-8607
www.bravarooftile.com |


**If you are happy with our customer service, please click here to let us know by leaving us a review on Google!**



3

Ex. A, p. 148

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**From:** ████████████████████████████
**Sent:** Sunday, March 22, 2020 9:29 PM
**To:** Donna Murphy <donna@bravatile.com>
**Subject:** FW: Brava quotes

Donna,

What is the lead time of Class C quote?

Thanks,



**From:** Donna Murphy [mailto:donna@bravatile.com]
**Sent:** Thursday, October 24, 2019 10:19 AM
**To:** ████████████████████
**Subject:** Brava quotes

Hi ███ ,

Here are your quotes.  Please let me know if you have any questions.  If you are planning on purchasing direct, a 50% deposit is required when the order is placed.  I will need a PO or a signed copy of the quote sent to me.  Also, please do not tell any distributors that you can buy direct, that does not put me in a good position.  Thank you.

*Donna Murphy* 

4

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**BRAVA Roof Tile**
1100 E 7th St. | Washington, IA 52353
**Mail to:** PO Box 484 | Washington, IA 52353
**Cell:** 920-202-2932 | **Fax:** 866-859-8607
www.bravarooftile.com |

**If you are happy with our customer service, please click here to let us know by leaving us a review on Google!**

5

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 14



E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 15

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privileged

**From:** Jimmy Clark <jimmy.clark@bravatile.com>
**Sent:** Friday, October 23, 2020 1:29 PM
**To:** Adam Brantman <adam@bravatile.com>; Will Hall <will.hall@bravatile.com>
**Subject:** FW: Brava Roof Tile

This is the guy who reached out to us wondering if the quote was still good from Donna. How would you like me to respond to this?

Sent from Mail for Windows 10

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**From:** Frank Glasscock
**Sent:** Friday, October 23, 2020 12:27 PM
**To:** Jimmy Clark
**Subject:** Re: Brava Roof Tile

How does your product compare to the Paragon product?

Thank You,

Frank Glasscock
Spec Building Materials
Cell: 423 484 2905
www.speccorp.com


On Oct 23, 2020, at 11:27 AM, Jimmy Clark <jimmy.clark@bravatile.com> wrote:


Frank-

Just wanted to check in with you to see if there has been any more correspondence in regards to the Brava Slate roof that you were working on. Trying to button up some of the projects that are hanging out there with this being the end of the week.

Thanks!



<image003.png>

Jimmy Clark
BRAVA Roof Tile
915 E. Tyler St. | Washington, IA 52353
Mail to: PO Box 484 | Washington, IA 52353
Cell: 319-321-8182 | Fax: 319-343-1038 | Office: 844-290-4196


Sent from Mail for Windows 10

**From:** Frank Glasscock
**Sent:** Friday, October 16, 2020 1:10 PM
**To:** Jimmy Clark
**Subject:** RE: Brava Roof Tile

Please resend me the for the Slate project that we spoke about.
The link must have expired.


Thanks,

Frank Glasscock

2

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Regional Manager-Tennessee Valley
Spec Building Materials
f.glasscock@speccorp.com
cell: 423 484 2905
<image002.jpg>


**From:** Jimmy Clark <jimmy.clark@bravatile.com>
**Sent:** Saturday, October 10, 2020 12:46 PM
**To:** f.glasscock@speccorp.com
**Subject:** Brava Roof Tile

Frank-

Thank you for taking my call this morning regarding Brava Roof Tile. I am looking forward to working with you on this project and several others as time goes on and am excited for your new branch you guys are getting ready to open. If any other inquiries come in for Brava on your end, please advise your team to get hold of me and I will always be able to provide them with a quote for materials to take that off of their plate. I will likely be visiting the Eastern Tennessee area within the next couple of weeks and would really like an opportunity to meet up with you and your team if at all possible. I will give you a heads up when I am thinking of being there and will see if you might be available.

Thanks again and I look forward to continuing to develop a great business relationship with Spec and Brava!

<image003.png>

Jimmy Clark
**BRAVA Roof Tile**
915 E Tyler St | Washington, IA 52353
Mail to: PO Box 484 | Washington, IA 52353
Cell: 319-321-8182 | Fax: 319-343-1038 | Office: 844-290-4196

3

Ex. A, p. 156

E-FILED 2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privileged

**From:** Jimmy Clark <jimmy.clark@bravatile.com>
**Sent:** Saturday, October 10, 2020 7:50:44 AM
**To:** Adam Brantman <adam@bravatile.com>
**Subject:** Brava

Adam-

Just got off the phone with Frank Glasscock who is the Regional Manager for Spec Building Materials in Tennessee. He was inquiring about a quote that was sent out months ago for our Old World Slate product, which Donna Murphy had sent him.

I notified Frank that Donna had since retired from Brava and he notified me that he already knew that. Also mentioned that he had heard that she was selling a different high quality, composite material. He said that he thought this project would likely go Brava, however the homeowner's was still looking at their options.

Frank thought decision would be made in next couple of weeks. I will most certainly follow up on this.

Jimmy

Get Outlook for iOS

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privileged

**From:** aaron scholl
**Sent:** Friday, October 9, 2020 1:57 PM
**To:** Jimmy Clark
**Subject:** Fwd: FW: Samples

Latest addition.

AARON SCHOLL
319-331-8705
hawkey02@gmail.com

---------- Forwarded message ---------
From: **Riley scholl** <eagle123463@outlook.com>
Date: Fri, Oct 9, 2020 at 1:52 PM
Subject: FW: Samples
To: aaron scholl <hawkey02@gmail.com>

1

Ex. A, p. 158

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: Donna Murphy <donna.murphy@prstile.com>
Date: 10/9/20 9:30 AM (GMT-06:00)
To: Riley scholl <eagle123463@outlook.com>
Subject: Re: Samples

Hi Riley,

Whenever you get your final plans, send them to me and I will prepare a quote for you, or if you'd rather go through your contractor and have them get the quote, that is fine.

To your questions on Brava and Quarrix, the CEO of Paragon helped to develop the Quarrix tile. When he wanted to improve the material formulation, they decided at the time to not spend extra money, so he parted ways with them. Today, Quarrix cannot pass the higher standards of testing that Paragon passes.

Our CEO did develop the Brava Spanish tile.  In fact, I worked for Brava for 9 yrs. and was one of their top salespeople.   In 2015, the group that now runs Brava took over operations.  Since that happened, there have been quality issues, and when the opportunity arrived, I decided to leave and join Paragon.   The tile that Paragon manufacturers represents the latest and greatest in a series of innovations by Billibob Boor our CEO.    The material is stronger, the tile has been designed to be gun nailable (a first for the composite industry), and I again have confidence in the quality level. Recently, Paragon completed a series of wind testing in FL.   Quarrix cannot pass any testing to be able to install in FL.   Brava's Spanish tile does pass the testing, but Paragon surpassed Brava's ratings.

In addition, because Billibob invented Brava and their colors, Paragon can make any color offered by Brava.

Sorry for the long response, I wanted to make sure you had all the details.   Let me know if there is anything else I can help you with.

Regards,

Donna Murphy
Sales Rep.
Paragon Roof Systems
www.paragonroofsystems.com
920-202-2932

From: Riley scholl <eagle123463@outlook.com>
Sent: Thursday, October 8, 2020 4:37 PM

2

**To:** Donna Murphy <donna.murphy@prstile.com>
**Subject:** Re: Samples

That's great!  Thanks for the location.  My wife and I will take a drive this weekend.

As far as our roof plans we're still working on finalizing the plans so it may be a little bit before we will have them completed.  We just want to have all your ducks in a row so that once they are done I know what you want to do for the majority of the house.

I came across Brava and Quarrix in doing my research.  How do the material of these products compare?  How long as Paragon Systems been around? Sorry for all the questions.

Thanks in advance,
Riley
(417)414-9812

**From:** Donna Murphy <donna.murphy@prstile.com>
**Sent:** Thursday, October 8, 2020 9:59 AM
**To:** Riley scholl <eagle123463@outlook.com>
**Subject:** Re: Samples

Riley,

There is a Paragon installation at 237 Siena Blvd. in Branson.  The contractor in the subdivision is also installing 6 more roofs, they just aren't on yet.  Originally, that subdivision used Brava spanish tile.  However, recently they switched to Paragon for better pricing, higher quality, and better aesthetics.  Let me know if you have any questions, thank you.

Regards,

Donna Murphy
Sales Rep.
Paragon Roof Systems
www.paragonroofsystems.com
920-202-2932

**From:** Riley scholl <eagle123463@outlook.com>
**Sent:** Wednesday, October 7, 2020 5:31 PM
**To:** Donna Murphy <donna.murphy@prstile.com>
**Subject:** Re: Samples

Thanks Donna, Branson is great!  We're only 20 mins drive away.  If you have any addresses I can probably get a view as Branson is a very hilly area.

**From:** Donna Murphy <donna.murphy@prstile.com>
**Sent:** Wednesday, October 7, 2020 11:50 AM

3

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

**To:** Riley scholl <eagle123463@outlook.com>
**Subject:** Re: Samples

Hi Riley,

We have some installs in Branson, but it is a gated community.  I am checking to see if you could get in there.   If you have a roof plan and elevations, I could prepare a quote for you if you'd like.  Let me know, thank you.

Regards,

Donna Murphy
Sales Rep.
Paragon Roof Systems
www.paragonroofsystems.com
920-202-2932

**From:** Riley scholl <eagle123463@outlook.com>
**Sent:** Tuesday, October 6, 2020 3:22 PM
**To:** Donna Murphy <donna.murphy@prstile.com>
**Subject:** Samples

Donna,
Thanks for taking the time to talk to me today.  I apologize for the shortness of my call.  This has been a busy week.

I wanted to confirm the address for these samples:
602 S Jewel Ct
Nixa Mo 65714

Also do you have any install of Paragon's products in S.W. Missouri I can view?

Regards,
Riley
(417)414-9812

4

E-FILED 2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privileged

**From:** Romans Roofing <info@romansroofingnc.com>
**Sent:** Wednesday, September 30, 2020 10:51 AM
**To:** Donna Murphy <donna@bravatile.com>
**Subject:** Quote

Donna,

Sorry I didn't realize I have another quote or I would have put them in the same email.

63sq shake (staggered), 550' starter and 195' hip and ridge. PO is Fetterolf.

Thank you,

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Sarah
Roman's Roofing LLC
5542 Cashiers Road
Highlands, NC 28741
(828)743.5291
www.romansroofingnc.com

2

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# EXHIBIT 16



**Cleve Carter**
1 review

★★★★★ a week ago

Paragon Roofing did an excellent job with sending us the color and style of synthesis Spanish tile for our roof. The owner sent us samples of the exact roofing that he shipped to us. The roofing was packaged neatly and well organized with instructions for our contractor. So many people have complimented my wife and I on our roof. It has totally changed to look of our house even though we are not finished with renovations. Also, the owner politely and respectfully addressed and answered all questions that either I or my contractor had during the installation process. I 100% recommended Paragon Roofing without reservation for someone wanting to go with the Mediterranean style look.

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

# **EXHIBIT 17**

E-FILED 2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Redaction - Attorney-Client Privileged



**Sent:** Friday, September 18, 2020 8:42:50 AM
**To:** Adam Brantman <adam@bravatile.com>; Andrew Ahrens <andrew@bravatile.com>; Eric Vander Horst <eric@bravatile.com>
**Subject:** Paragon Conversation

Hey guys-

Wanted to fill you in on a customer I just spoke to in Virginia that is shopping around for a composite Slate roof. He told me that he has looked at Brava, Paragon, and Ecostar. He made a comment that I found interesting that would lead me to believe that it came from the folks at Paragon. He mentioned that the Brava has only been owned by the current ownership group for five years and that the company will likely not be around very long. This information, in terms of the ownership, is something that would be difficult to discover unless the person giving the information worked for Brava at some point in time.

Just thought I would share.



Jimmy Clark
**BRAVA Roof Tile**
915 E Tyler St | Washington, IA 52353
Mail to: PO Box 484 | Washington, IA 52353
Cell: 319-321-8182 | Fax: 319-343-1038 | Office: 844-290-4196

1

E-FILED  2020 DEC 14 11:12 AM JOHNSON - CLERK OF DISTRICT COURT

Sent from Mail for Windows 10

2

E-FILED   2020 NOV 04 7:01 AM JOHNSON - CLERK OF DISTRICT COURT

IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| WILDHAWK INVESTMENTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BRAVA I.P., LLC; BILLIBOB BOOR, an individual; GERALD EDSON, an individual; PARAGON ROOF SYSTEMS, LLC; and DONNA MURPHY, an individual.<br><br>    Defendants. | Case No. LACV082105<br><br><br>**ORDER GRANTING PLAINTIFF WILDHAWK INVESTMENTS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL PETITION AND ACCOMPANYING EXHIBITS** |

On this date, Plaintiff filed a "Motion for Leave to File Under Seal Petition and Accompanying Exhibits 1 through 5." The Court construes the Motion as actually requesting the original, unredacted version of the Petition and accompanying exhibits 1 through 5 be filed under seal. Based upon Plaintiff's motion, the Court finds good cause to grant the relief requested without prior notice to Defendants.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Leave to File Under Seal Petition and Accompanying Exhibits 1 through 5 shall be sealed in the Court file for viewing by the attorneys of record only and shall not be available for public disclosure until further order of the Court. Upon receipt of service of notice of the action, any attorney of record may move to modify this Order as said attorney sees fit.

Clerk to notify.

E-FILED  2020 NOV 04 7:01 AM JOHNSON - CLERK OF DISTRICT COURT



State of Iowa Courts

**Type:**          OTHER ORDER

**Case Number**    **Case Title**
LACV082105         WILDHAWK INVESTMENTS LLC VS BRAVA I.P. LLC, ET AL

So Ordered

Kevin McKeever, District Court Judge,
Sixth Judicial District of Iowa

Electronically signed on 2020-11-04 07:01:20    page 2 of 2

E-FILED  2020 DEC 11 2:09 PM JOHNSON - CLERK OF DISTRICT COURT

## IN THE IOWA DISTRICT COURT FOR JOHNSON COUNTY

| | |
|---|---|
| WILDHAWK INVESTMENTS, LLC,<br><br>     Plaintiff,<br><br>v.<br><br>BRAVA I.P., LLC; BILLIBOB BOOR, an individual; GERALD EDSON, an individual; PARAGON ROOF SYSTEMS, LLC; and DONNA MURPHY, an individual.<br><br>     Defendants. | Case No. LACV082105<br><br><br>ORDER GRANTING PLAINTIFF WILDHAWK INVESTMENTS, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL MOTION FOR TEMPORARY INJUNCTION AND SUPPORTING EXHIBITS |

On this date, Plaintiff filed a Motion for Leave to File Under Seal Motion for Temporary Injunction and Supporting Exhibits. Based upon Plaintiff's motion, the Court finds good cause to grant the relief requested without prior notice to Defendants, with the following modifications to Plaintiff's original request.

IT IS THEREFORE ORDERED that an original, unredacted version of Plaintiff's Motion for Leave to File Under Seal Motion for Temporary Injunction and Supporting Exhibits shall be sealed in the Court file for viewing by the attorneys of record only and shall not be available for public disclosure until further order of the Court. Plaintiff shall file simultaneously a redacted version (making redactions on whatever matters it deems necessary) of the Motion and supporting exhibits to the Court file, for public disclosure. Upon receipt of service of notice of the action, any attorney of record may move to modify this Order as said attorney sees fit.

Plaintiff is directed to contact the Clerk of Court, or consult the Efile instructions regarding redactions, if Plaintiff needs guidance with appropriately filing such through the EDMS system.

Clerk to notify.

E-FILED  2020 DEC 11 2:09 PM JOHNSON - CLERK OF DISTRICT COURT



State of Iowa Courts

**Type:**          OTHER ORDER

**Case Number**     **Case Title**
LACV082105         WILDHAWK INVESTMENTS LLC VS BRAVA I.P. LLC, ET AL

So Ordered

_____
Andrew Chappell, District Court Judge
Sixth Judicial District of Iowa

Electronically signed on 2020-12-11 14:09:48     page 2 of 2